The Honorable Robert B. Leighton

```
_____ FILED    _____ LODGED
       _____ RECEIVED

       JUN 08 2015

   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                          DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>TROY X. KELLEY,<br><br>                Defendant. | No. 3:15-cr-05198-RBL<br><br>[~~PROPOSED~~] ORDER |

The Court having reviewed Defendant Troy X. Kelley's Motion to File a Response Brief in Excess of 12 Pages, hereby enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED. Defendant Troy X. Kelley may file a Response to Government's Motion for Inquiry Concerning Potential Conflicts of Interest that does not exceed 17 pages in length.

[PROPOSED] ORDER
(No. 3:15-cr-05198-RBL) – 1
DWT 27012105v1 0098392-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1  DATED this 6th day of June, 2015.
2
3
4
5                                          _____
                                           RONALD B. LEIGHTON
6                                          UNITED STATES DISTRICT JUDGE
7

8  PRESENTED BY:

9  DAVIS WRIGHT TREMAINE LLP
   *Attorneys for Defendant Troy X Kelley*
10

11 By:    *s/ Jeffrey B. Coopersmith*
   Mark N. Bartlett, WSBA #15672
12 Jeffrey B. Coopersmith, WSBA #30954
   James Harlan Corning, WSBA #45177
13 1201 Third Avenue, Suite 2200
   Seattle, WA 98101
14 Telephone:    (206) 622-3150
   Facsimile:    (206) 757-7700
15 E-mail:       markbartlett@dwt.com
                 jeffcoopersmith@dwt.com
16               jamescorning@dwt.com

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER
(No. 3:15-cr-05198-RBL) – 2
DWT 27012105v1 0098392-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700