THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>vs.<br><br>TROY X. KELLEY,<br><br>                            Defendant. | Case No. 3:15-cr-05198-RBL<br><br>DEFENDANT'S MOTION TO SEAL CERTAIN OPPOSITIONS TO MOTIONS IN LIMINE AND CORRESPONDING DECLARATIONS<br><br>**NOTED FOR:**<br>**MONDAY, FEBRUARY 29, 2016** |

      In two of his oppositions to the government's motions *in limine*, defendant quotes from grand jury testimony; the grand jury transcripts are attached to the corresponding declarations of counsel. Pursuant to LCrR 55(b) and (c), defendant requests leave to file the pleadings under seal. The pleadings include:

      1.     Defendant's Omnibus Opposition to Government's Motion in Limine Regarding Savitt Expert Testimony and Class Action Lawsuits, and the Declaration of Angelo J. Calfo in support thereof; and

      2.     Defendant's Opposition to United States' Motion in Limine to Exclude Evidence Regarding Settlement Agreement, and the Declaration of Angelo J. Calfo in support thereof.

DEFENDANT'S MOTION TO SEAL CERTAIN
OPPOSITIONS TO MOTIONS IN LIMINE AND
CORRESPONDING DECLARATIONS - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

The government does not oppose this motion to seal.

DATED this 29th day of February, 2016.

        CALFO HARRIGAN LEYH & EAKES LLP

        By *s/Angelo J. Calfo*
          Angelo J. Calfo, WSBA #27079
          999 Third Avenue, Suite 4400
          Seattle, WA 98104
          Telephone: (206) 623-1700
          Email: angeloc@calfoharrigan.com

DEFENDANT'S MOTION TO SEAL CERTAIN
OPPOSITIONS TO MOTIONS IN LIMINE AND
CORRESPONDING DECLARATIONS - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Andrew C. Friedman | andrew.friedman@usdoj.gov |
| Arlen R. Storm | arlen.storm@usdoj.gov |
| Katheryn Kim Frierson | katheryn.k.frierson@usdoj.gov |
| Richard E. Cohen | richard.e.cohen@usdoj.gov |

*s/Susie Clifford*

DEFENDANT'S MOTION TO SEAL CERTAIN
OPPOSITIONS TO MOTIONS IN LIMINE AND
CORRESPONDING DECLARATIONS - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717