HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TROY X. KELLEY,<br><br>Defendant. | CASE NO. CR15-5198RBL<br><br>ORDER ON MOTIONS IN LIMINE |

The Court has reviewed the materials filed in support of, and in opposition to, the following motions *in limine* and orders:

1. Docket #129 – Exclude Evidence Regarding Settlement Agreement in *Old Republic v. Kelley*.

    **DENIED.**

2. Docket #130 – Exclude Defendant from Eliciting Evidence Regarding Beisheim.

    **GRANTED IN PART AND DENIED IN PART.**

    - The defendant cannot raise any issue about an audit by the IRS of Beisheim, unless Beisheim is called to the stand by the Government;

- The defendant may introduce the e-mails in which Mr. Beisheim described "considerable pressure" coming directly from the U.S. Attorney's Office, including the U.S. Attorney herself.

3. Docket #132 – Exclude References to Defendant's Attempt to Seal Pleadings in *Old Republic v. Kelley*.

   **GRANTED WITHOUT OBJECTION.**

4. Docket #134 – Exclude References to Unsigned Draft as "Contract."

   **DENIED.**

5. Docket #136 – Limit References to "Money Laundering."

   **DENIED.**

6. Docket #138 – Exclude Evidence Regarding 2005–07 Taxes.

   **DENIED.**

7. Docket #141 – Strike Business Allegations from Counts 11, 14 & 15 and to Exclude Business Expense Evidence Under ER 401, 402, 403 and Renewed Motion for Severance.

   **DENIED.**

8. Docket #145 – Exclude Testimony Regarding Witnesses' Interpretation of Agreements.

   **GRANTED WITHOUT OBJECTION.**

9. Docket #149 – Exclude References to Belize and Wellington Trust.

   **DENIED.**

10. Docket #151 – Exclude References to Document Production in Civil Cases.

    **DENIED.**

11. Docket #155 – Exclude Evidence of Alleged Representation Made to Borrower and Title Companies.

**DENIED.**

12. Docket #157 – Preclude Improper Examination of Michael Brown.

**DENIED.**

13. Docket #158 – Exclude Evidence Relating to Class Action Lawsuits.

**DENIED.**

14. Docket #159 – Exclude Expert Witness Testimony by James Savitt.

**RESERVED.**

15. Docket #161 – Exclude or Limit Expert Witness Testimony by Mark Schedler.

**RESERVED.**

16. Docket #165 – Exclude Expert Witness Testimony by Joseph Dawson.

**RESERVED.**

**These expert witnesses (and the government's experts) are subject to an offer of proof before testifying. Counsel may base their opening statements on their understanding of the facts that will be presented at trial without reference to expert testimony.**

Dated this 8th day of March, 2016.

_Ronald B. Leighton_
Ronald B. Leighton
United States District Judge