Judge Leighton

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TROY X. KELLEY,<br><br>Defendant. | NO. CR15-5198RBL<br><br>GOVERNMENT'S AMENDED<br>WITNESS LIST |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Andrew C. Friedman, Katheryn K. Frierson, and Arlen R. Storm, Assistant United States Attorneys for said District, hereby advises the Court and the defendant that the government may call the following witnesses in the above-entitled case.

1. Alexander, Christopher
2. Brewer, Daniel, FBI SA
3. Brown, Michael, FBI SA
4. Calderas, Erica
5. Collins, Charisse
6. Cole, Tara
7. Cornelius, Frank
8. Dryden, Phillip

GOVERNMENT'S AMENDED WITNESS LIST/
U.S. v. Kelley, CR15-5198RBL - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

9. Eber, Alan
10. Eckrich, James
11. Fell, Garth
12. Foote, Robert
13. Frets (Summers), Janet
14. Henderson, Tami
15. Henning, Eric
16. Hodgson, Chet
17. Hopper, Aaron, IRS SA
18. Jerue, Jason
19. Johnson, Nicole
20. Kaul, Casey
21. Kirkwood, Jeffrey, IRS SA
22. Lago, Carleton
23. Lago-Grana, Josefa
24. Lamb, De Illa
25. Larson, JuJet, IRS CIS
26. Leffler, Martin
27. LeVeck, Patricia
28. Levendowski, Lynn
29. Mahoney, Lisa
30. Medunic, John, IRS CIS
31. McCrayer, Kathryn
32. Miller, Matthew
33. Millsap, Michele
34. Moore, Nancy
35. Morrison, Ian
36. Murray, Amber

GOVERNMENT'S AMENDED WITNESS LIST/
U.S. v. Kelley, CR15-5198RBL - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| | | |
|---|---|---|
| 1 | 37. | Nordyke, Carrie, IRS SA |
| 2 | 38. | Olsen, Robert |
| 3 | 39. | Pahnke, Mark, IRS SA |
| 4 | 40. | Pearson, Calvin |
| 5 | 41. | Perkins, Tony |
| 6 | 42. | Robinson, Kandra |
| 7 | 43. | Rocchi, Michel |
| 8 | 44. | Rueter, Anne, IRS SA |
| 9 | 45. | Schnell, Sandra |
| 10 | 46. | Shipley, Paul, IRS RA |
| 11 | 47. | Scott, Kenneth |
| 12 | 48. | Smith, Scott |
| 13 | 49. | Sousby, Marieclaire |
| 14 | 50. | Stewart, Matthew, IRS SA |
| 15 | 51. | Surles, Todd |
| 16 | 52. | Thoreson, Krista |
| 17 | 53. | Tom, Kyle, FBI Lab |
| 18 | 54. | Whitmarsh, Scott |
| 19 | 55. | Wright, Russell |
| 20 | 56. | Yates, Julie |
| 21 | 57. | Young, Jared, FBI Analyst |
| 22 | 58. | Washington State Department of Revenue, Monica Townsend |
| 23 | 59. | Washington State Department of Licensing, Sheri Brown |
| 24 | 60. | Alaska Airlines Custodian, Karen Conley |
| 25 | 61. | Allstate Insurance Custodian, Kathy Collard |
| 26 | 62. | Amazon Custodian, Mathias Goeltzner |
| 27 | 63. | Bank of America Custodian, Jeffrey Jackson |
| 28 | 64. | Best Western Lake Front Hotel, Moses Lake, WA, Custodian, Katrina Balderas |

GOVERNMENT'S AMENDED WITNESS LIST/
U.S. v. Kelley, CR15-5198RBL - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

65. The Cody Hotel, Cody, Wyoming, Custodian, Tom Morris
66. Columbia Bank Custodian, Teri Christian
67. Comfort Inn, Bozeman, Montana; Comfort Suites, Rapid City, South Dakota; Quality Inn, Sheridan, Wyoming, Custodian, Ting Phonsanam
68. Delta Airlines Custodian, Robert Gesterling
69. Fountain Inn Hotel, Newcastle, Wyoming, Custodian, Jaimini Patel
70. Hertz Custodian, Carolyn Fry
71. Holiday Inn Custodian, John Koehler
72. Howard Johnson Custodian, Colette Keeton
73. Hyatt Regency, San Antonio, Texas, Custodian, Rita Damico
74. JPMorgan Chase Custodian, Adam Abrams
75. Keg Restaurant Custodian, Buster Edwards
76. Makena Beach & Golf Resort, Maui, Hawaii, Custodian Denise Hoopai
77. Nevada State Bank Custodian, Lori Wergin
78. Point Defiance Zoo Society Custodian, Lawrence Norvell
79. Quinn's Hot Springs Resort, Paradise, Montana, Custodian, Denise Moreth
80. Red Lion Hotels, Spokane, Washington, Custodian, Julie Langenheim
81. Shades of Green, Lake Buena Vista, Florida, Custodian, Christoph Warnke
82. Sheraton Maui, Lahaina, Hawaii, Custodian, Mindy Park
83. Silver Mountain Lodging, Kellogg, Idaho, Custodian, Cynthia Marker
84. Six Continents Hotel, Great Falls, MT, Custodian, Sara Anne Maguire
85. Suncadia Resort Custodian, Gary Kittleson
86. Sun Mountain Lodge, Winthrop, WA, Custodian, Megan Rudholm
87. Tacoma Lawn and Tennis Club Custodian, Thomas Peterson
88. Teaching Toys and Books Custodian, Melissa Tennille
89. US Bank Custodian, Jodi Veitenhans
90. US Army Dragon Hill Resort Custodian, Seoul, South Korea, Bon I. Ku
91. University of Puget Sound Custodian, John Hickey

GOVERNMENT'S AMENDED WITNESS LIST/
U.S. v. Kelley, CR15-5198RBL - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  92. Vanguard Group Custodian, Bianca Carrera
2  93. Wells Fargo Bank Custodian, Mike Barnes
3  94. Willow Lodge, Woodinville, Washington, Custodian, Michael Paige
4  95. Yahoo! Custodian, Sheri Hoyt
5  96. 7 Springs Inn & Suites, Palm Springs, CA, Custodian, Manolo Chavez

DATED this 13th day of March, 2016.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*s/Arlen R. Storm*
ARLEN R. STORM
ANDREW C. FRIEDMAN
KATHERYN KIM FRIERSON
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Telephone:  (206) 553-7970
Fax:  (206) 553-0755
E-mail:  Arlen.Storm@usdoj.gov
Andrew.Friedman@usdoj.gov
Katheryn.K.Frierson@usdoj.gov

**GOVERNMENT'S AMENDED
WITNESS LIST**/
U.S. v. Kelley, CR15-5198RBL - 5

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*s/ Anna Chang*
ANNA CHANG
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
FAX:   206-553-2502
E-mail: anna.chang@usdoj.gov

**GOVERNMENT'S AMENDED WITNESS LIST**/
U.S. v. Kelley, CR15-5198RBL - 6

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800