UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR15-5198RBL |
|---|---|
| Plaintiff, | GOVERNMENT'S AMENDED |
| v. | EXHIBIT LIST |
| TROY X. KELLEY, | |
| Defendant. | |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Andrew C. Friedman, Katheryn K. Frierson, and Arlen R. Storm, Assistant United States Attorneys for said District, hereby advises the Court and the defendant that the government may seek to admit the following exhibits in the above-entitled case.

**I. Formation of United National, LLC, d/b/a Post Closing Department, and Other Entities**

    *A.    United National, LLC, dba Post Closing Department, Partnership*

101. Certified Copy of Washington Secretary of State Certificate of Formation of United National, LLC

102. Certified Copy of Washington Secretary of State Certificate of Formation for United National, LLC

103. Certified Copy of Master License Service Master Application for United National, LLC, dated August 2, 2002

104. Certified Copy of Master License Service Master Application for United National, LLC, dated December 2, 2002

105. Certified Copy of Initial Annual Report filed for United National, LLC

106. Certified Copies of Annual Reports filed for United National, LLC, between July 2003, and July 2007

107. Certified Copies of Quarter 2 2003, to Quarter 2 2008, Combined Excise Tax Returns

108. United National website

109. Post Closing Department brochure

110. Post Closing Department "white paper" brochure

*B.*      *Blackstone International, Inc., S Corporation*

111. Certified Copy of Nevada  Articles of Incorporation for Blackstone International, Inc.

112. Certified Copy of Initial List of Officers, Directors and Resident Agent of Blackstone international, Inc.

113. Certified Copies of Annual List of Officers, Directors and Resident Agent of Blackstone international, Inc.

*C.*      *Attorney Trustee Services, Inc., S Corporation*

114. Certified Copy of Washington Secretary of State Articles of Incorporation for Attorney Trustee Services

115. Certified Copy of Washington Secretary of State Certificate of Incorporation for Attorney Trustee Services

116. Certified Copy of Master License Service Master Application for Attorney Trustee Services, dated December 22, 2003

117. Certified Copy of Initial Annual Report filed for Attorney Trustee Services

118. Certified Copies of Annual Reports filed for Attorney Trustee Services, between November 2004, and November 2009

119. Certified Copies of Quarter 2 2004, to Quarter 3 2010, Combined Excise Tax Returns

   D.    *United National 14, LLC*

120. Certified Copy of Washington Secretary of State Certificate of Formation for United National 14, LLC

121. Certified Copy of Washington Secretary of State Certificate of Formation for United National 14, LLC

122. Certified Copy of Initial Annual Report filed for United National 14, LLC

123. Certified Copies of Annual Reports filed for United National 14, LLC, filed between April 2005, and April 2007

124. Certified Copies of 2004 Annual Combined Tax Return, to 2006 Annual Combined Tax Return

   E.    *Summary of Interrelated Entities Created by Troy Kelley*

125. Summary Chart of Ownership of United National, LLC (2008)

126. Summary Chart of Real Estate Transactions With Reconveyance

127. Summary Chart of Real Estate Transactions Involving a Reconveyance Tracking Firm

128. Summary Chart of Flow of Funds in Reconveyance Process

## II.  Filing of Forms with Public Disclosure Commission

201. Form C1, Candidate Registration, for the Office of State Representative, filed December 6, 2005

202. Form F-1, Personal Financial Affairs Statement, filed December 6, 2005

203. Form C1, Candidate Registration, for the Office of State Representative, filed April 21, 2006

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

204. Form C1, Candidate Registration, for the Office of State Representative, filed December 6, 2006

205. Form F-1, Personal Financial Affairs Statement, filed April 10, 2009

206. Form F-1A, Personal Financial Affairs Statement, filed April 2, 2010

207. Form F-1A, Personal Financial Affairs Statement, filed March 31, 2011

208. Form F-1A, Personal Financial Affairs Statement, filed March 5, 2012

209. Form F-1 Supplement, Personal Financial Affairs Statement, filed November 8, 2012, for 2008

210. Form F-1A, Personal Financial Affairs Statement, filed November 8, 2012, for 2010

211. 45-Day Citizen Action Letter Dated September 24, 2012, Filed by Kirby Wilbur

212. Letter dated October 19, 2012, by Troy Kelley to Washington Public Disclosure Commission

213. Letter dated October 25, 2012, by Washington Public Disclosure Commission to Troy Kelley

214. Letter dated November 7, 2012, by Troy Kelley to Washington Public Disclosure Commission

215. Form F-1 Personal Financial Affairs Statements, filed March 29, 2013

216. Form F-1A, Personal financial Affairs Statement, filed March 10, 2014

**III.  United National Tracking of Fidelity National Title Reconveyances**

300. Agreement for PCD Services, dated October 9, 2003

301. Fidelity National Title internal memo regarding "PCD Procedures"

302. Spreadsheet for January to March 2004

303. Email from Troy Kelley, to Julie Yates, dated February 16, 2006

304. Email from Troy Kelley, to Julie Yates and Diana Vedders, dated April 25, 2006

305. Email, with attached form, from Troy Kelley, to Michele Millsap, dated April 26, 2006

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

306. Email from Troy Kelley, to Julie Yates, dated May 15, 2006

307. Email from Troy Kelley, to Tami Bridge, dated June 26, 2006

308. Email, with attached spreadsheet, from Dee Lamb, to Diana Vedders, dated July 17, 2006

309. Spreadsheet

310. Email, with attached spreadsheet, from Troy Kelley, to Michele Millsap, dated August 9, 2006

311. Spreadsheet

312. Email, with attached spreadsheet, from Dee Lamb, to Tami Bridge, dated August 23, 2006

313. Spreadsheet

314. Email, with attached spreadsheet, from Troy Kelley, to Michele Millsap, dated November 9, 2006

315. Spreadsheet

316. Email, with attached spreadsheet, from Jason Jerue, to Michele Millsap, dated November 28, 2006

317. Spreadsheet

318. Email, with attached spreadsheet, from Dee Lamb, to Diana Vedders, dated November 30, 2006

319. Spreadsheet

320. Email, with attached spreadsheet, from Dee Lamb, to Tami Henderson, dated February 14, 2007

321. Spreadsheet

322. Email, with attached spreadsheet, from Jason Jerue, to Michele Millsap, dated February 15, 2007

323. Spreadsheet

324. Email from Tami Henderson, to Jason Jerue, dated March 26, 2007

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 5

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

325. Email from Jason Jerue, to Tami Henderson, dated March 28, 2007

326. Email from Jason Jerue, to Tami Henderson, dated May 9, 2007

327. Email, with attached spreadsheets, from Jason Jerue to Tami Henderson, dated May 9, 2007

328. Spreadsheet for 2006

329. Spreadsheet for 2007

330. Email, with attached spreadsheet, from Dee Lamb, to Tami Henderson, dated May 10, 2007

331. Spreadsheet

332. Email from Dee Lamb, to Tami Henderson, dated May 11, 2007

333. Email, with attached spreadsheet, from Jason Jerue, to Michele Millsap, dated June 13, 2007

334. Spreadsheet

335. Email from Jason Jerue to Tami Henderson, dated June 15, 2007

336. Email from Troy Kelley, to Tami Henderson, dated July 26, 2007

337. Email from Troy Kelley, to Tami Henderson, dated July 31, 2007

338. Email from Troy Kelley, to Tami Henderson, dated August 3, 2007

339. Email from Troy Kelley, to Tami Henderson, dated August 14, 2007

340. Email from Michele Millsap, to Troy Kelley, dated August 21, 2007

341. Email from Jason Jerue, to Tami Henderson, dated October 18, 2007

342. Email from Troy Kelley, to Tami Henderson, dated December 14, 2007

343. Email attachment, from Jason Jerue to Troy Kelley, dated December 14, 2007, with attached (1) "4th Quarter tracking spreadsheet" and (2) full tracking log

344. 4th Quarter tracking spreadsheet

345. Full tracking log

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 6

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

346. Email from Tami Henderson, to Donna Dillman, dated February 15, 2008

347. Email from Troy Kelley, to Tami Henderson, dated March 14, 2008

348. Email from Sandra Schnell, to Jason Jerue, dated March 24, 2008

349. Email from Troy Kelley, to Curt Johnson, dated April 7, 2008

350. Email from Troy Kelley, to Dee Lamb, dated April 23, 2008

351. Email from Michele Millsap, to Troy Kelley, dated July 9, 2008

352. Email from Tami Henderson, to Troy Kelley, dated August 12, 2008

353. Email, with attached spreadsheet, from Jason Jerue to Michele Millsap, dated April 10, 2007

354. Spreadsheet

355. Email, with attached spreadsheet, from Jason Jerue to Michele Millsap, dated July 27, 2007

356. Spreadsheet

357. Email, with attached spreadsheet, from Jason Jerue to Michele Millsap, dated October 27, 2007

358. Spreadsheet

359. Email, with attached forwarded email, from Troy Kelley to Michele Millsap, dated December 13, 2007

360. Email, with attached spreadsheets, from Jason Jerue to Troy Kelley, dated December 13, 2007, that was forwarded by Troy Kelley to Michele Millsap

361. Spreadsheet

362. Spreadsheet

363. Email from Michele Millsap to Troy Kelley, dated May 15, 2008

**IV. United National Tracking of Old Republic Title Reconveyances**

401. Old Republic Title internal bulletin, dated August 1, 2000

402. Email from Janet Summers, to Carl Lago, dated April 15, 2002

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 7

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

403. Reconveyance Services, Inc. Service Agreement, dated December 5, 2002

404. Email from Lynn Levendowski, to Carl Lgo, dated December 15, 2004

405. Email from Troy Kelley, to Carl Lago, dated May 6, 2005

406. Email from Lynn Levendowski, to Janet Summers, dated November 28, 2005

407. Email from Lynn Levendowski, to Michelle Hall, cc Carl Lago, dated March 14, 2006

408. Letter, with attachment, from Michelle Hall, dated March 14, 2006

409. Email from Carl Lago, to himself, dated March 28, 2006

410. Carl Lago's notes of April 10, 2006, meeting with Troy Kelley

411. Business card for Troy X. Kelley

412. Business card for Jason J. Jerue

413. Bio Sheet for Troy X. Kelley

414. Post Closing Department Reconveyance Substitution and Tracking Brochure

415. Spreadsheet

416. Post Closing Department forms

417. Email, with attached refund letter, dated April 11, 2006

418. Refund letter attached to Troy Kelley's April 11, 2006, email

419. Email, with attached Reconveyance Service Agreement, from Troy Kelley, to Carl Lago, dated April 13, 2006

420. Reconveyance Service Agreement attached to Troy Kelley's April 13, 2006, email

421. Email, with attached 30 Day Request Letter and Indemnity Letter, from Troy Kelley, to Carl Lago, dated April 13, 2006

422. 30 Day Request Letter attached to email from Troy Kelley's April 23, 2006, email

423. Indemnity Letter attached to email from Troy Kelley's April 13, 2006, email

424. Memo from Carl Lago, to "Rick"

425. Draft Reconveyance Service Agreement

426. Email from Carl Lago, to Troy Kelley, dated May 2, 2006

427. Email, with attached Post Closing Department Agreement for Post Closing Services, from Lisa Garcia, to Carl Lago, dated May 4, 2006

428. The Post Closing Department Agreement for Post Closing Services, attached to Lisa Garcia's May 4, 2006, email

429. Email, with attached revised PCD Agreement, from Carl Lago, to Troy Kelley, dated May 4, 2006

430. Revised PCD Agreement, unsigned, attached to Carl Lago's May 4, 2006, email

431. Fax Cover Sheet, for fax from Troy Kelley, to Carl Lago, sent May 4, 2006

432. Email, with attached Reconveyance Service Agreement, from Lisa Garcia, to Troy Kelley, dated May 8, 2006

433. Reconveyance Service Agreement between PCD and Old Republic, attached to email Lisa Garcia's May 8, 2006, email

434. Email, with attached PCD form, from Misty Hawkins, to Old Republic staff, dated May 25, 2006

435. PCD form attached to email from Misty Hawkins' May 25, 2006, email

436. Spreadsheet

437. Email, with attached spreadsheet, from Jason Jerue, to Patty LeVeck, dated February 8, 2007

438. Spreadsheet

439. Email from Jason Jerue, to Patty LeVeck, dated February 8, 2007

440. Email from Jason Jerue, to Janet Summers, dated March 26, 2007

441. Email from Troy Kelley, to Patty LeVeck, dated July 26, 2007

442. Email from Janet Summers, to Amber Murray, dated October 25, 2007

443. Email from Jason Jerue, to Teresa Broikhof, dated October 29, 2007

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 9

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

444. Email, with attached spreadsheet, from Amber Murray, to Janet Summers, dated April 4, 2008

445. Spreadsheet

446. Email from to Patty LeVeck, to Sheri Abramonte, dated April 17, 2008

**V. Documents Relating to Fidelity National Title Borrowers**

    *A.    Frank Cornelius*

501. National City Mortgage Payoff Statement, dated September 21, 2007

502. HSBC Payoff Statement, dated October 4, 2007

503. Good Faith Estimate, providing for a reconveyance fee of $280, dated September 28, 2007

504. Closing Agreement and Escrow Instructions for Refinancing Transaction, dated September 27, 2007

505. Specific Closing Instructions

506. Estimated Settlement Statement (HUD-1)

507. Deed of Trust granted by Frank Cornelius to Homecomings Financial, upon refinancing, signed September 28, 2007

508. Deed of Trust, filed with Snohomish County, signed September 28, 2007

509. Deed of Reconveyance electronically recorded with Snohomish County on October 15, 2007

510. Appointment of Successor Trustee and Deed of Full Reconveyance, filed with Snohomish County on October 26, 2007

511. Columbia Bank PCD account no. XXX8249 deposit slip, dated October 9, 2007

512. Check made payable to Post Closing Department, in the amount of $140, and dated October 3, 2007

513. Check made payable to Post Closing Department, in the amount of $140, and dated October 3, 2007

    *B.    Brandon Fleckenstein*

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

515. Check no. 7425, made payable to Brandon Fleckenstein, in the amount of $230, and dated August 29, 2007, written on PCD Account no. XXXX8249 at Columbia Bank

516. Email from De Illa Lamb to Charisse Collins, dated August 30, 2007

517. Email from Troy Kelley, to Charisse Collins, dated August 30, 2007

C.    *Kandra (Warner) Robinson*

520. Check no. 7841, made payable to Kandra Warner, in the amount of $250, and dated December 10, 2007, written on PCD Account no. XXXX8249 at Columbia Bank

521. Email from Kandi Koehn, to Troy Kelley, dated December 3, 2007, with attached Full Reconveyance and Deed of Reconveyance

D.    *Nancy Moore*

525. Check no. 7128, made payable to Nancy Moore in the amount of $100, and dated May 16, 2006, written on PCD Account no. XXXX8249 at Columbia Bank

526. Email from Dee Lamb, to Diana Vedders, dated February 14, 2006

E.    *Surekha and Krishna Murthy*

530. Check no. 7413, made payable to Surekha and Krishna Murthy in the amount of $120, and dated June 7, 2007, on PCD Account no. XXXX8249 at Columbia Bank

531. Email from Diana Vedders, to Dee Lamb, dated May 25, 2007

F.    *Robert Olsen*

535. Check no. 7389, made payable to Robert Olsen in the amount of $360, and dated April 13, 2007, written on PCD Account no. XXXX8249 at Columbia Bank

536. Email from Diana Vedders, to Dee Lamb, dated April 9, 2007

537. Email from Diana Vedders, to Dee Lamb, dated April 12, 2007

538. Email from Dee Lamb, to Troy Kelley, dated April 12, 2007

539. Email from Troy Kelley, to Dee Lamb, dated April 12, 2007

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 11

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

*G.     James and Monica Ryan*

540.    Check no. 7410, made payable to James and Monica Ryan in the amount of $360, and dated June 1, 2007, written on PCD Account no. XXXX8249 at Columbia Bank

541.    Email from Sandra Schnell, to Troy Kelley, dated June 4, 2007

542.    Email from Troy Kelley, to Sandra Schnell, dated June 4, 2007

*H.     Ron and Krista Thoreson (Puget Blvd, LLC)*

544.    Check no. 7428, made payable to Puget Blvd, LLC, in the amount of $850, and dated October 3, 2007, written on PCD Account no. XXXX8249 at Columbia Bank

545.    Email from Michele Brown, to Krista Thoreson, dated July 11, 2007

546.    Email from Tami Henderson, to Julie Booth, Krista and Ron Thoreson, and Dee Lamb, dated October 3, 2007

547.    Email from Jason Jerue to Julie Booth, dated October 3, 2007

548.    Email from Troy Kelley, to Tami Henderson, dated October 4, 2007

549.    Final Settlement Statements for Seven Properties at 5218 Puget Boulevard SW Seattle, 5220 Puget Boulevard SW, Seattle

*I.     Scott and Joyce Whitmarsh (Seattle Pacific Homes)*

550.    Check no. 7136, made payable to Scott & Joyce Whitmarsh in the amount of $125, and dated November 5, 2007, written on PCD Account no. XXXX8249 at Columbia Bank

551.    Email from Heather Wyant, to Troy Kelley, dated November 5, 2007
552.    Email from Jason Jerue, to Heather Wyant, dated November 5, 2007

553.    Email from Jason Jerue, to Heather Wyant, dated November 8, 2007

554.    Email from Denise Wheeler, to Jason Jerue, dated November 8, 2007, with attached Full Reconveyance

555.    Email from Jason Jerue, to Denise Wheeler, dated November 9, 2007

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

### J. Russell Wright

560. Check no. 7844, made payable to Russell Wright in the amount of $125, and dated May 5, 2008, written on PCD Account no. XXXX8249 at Columbia Bank

561. Email from Katy Merriam, to Dee Lamb, dated May 6, 2008, with attached Substitution of Trustee and Full Reconveyance

562. Email from Jason Jerue, to Kristen Borrego, dated May 6, 2008

563. Email from Dee Lamb, to Katy Merriam, dated May 6, 2008

564. Final Settlement an HUD – 1, for Russell Wright

### K. Nicholas and Jennifer Ross

565. Check no. 7450, made payable to Nicholas and Jennifer Ross in the amount of $230, and dated May 9, 2007, written on PCD Account no. XXXX8249 at Columbia Bank

566. Email from Diana Vedders to Dee Lamb, dated May 4, 2007

### L. Seattle Pacific Homes

570. Check no. 7838, made payable to Seattle Pacific Homes in the amount of $120, and dated November 9, 2007, written on PCD Account no. XXXX8249 at Columbia Bank

571. Email from Lisa Mahoney, to Troy Kelley, dated June 12, 2007

572. Email from Lisa Mahoney, to Troy Kelley, dated October 9, 2007

573. Email from Heather Wyant, to Troy Kelley, dated October 22, 2007

574. Email from Troy Kelley, to Heather Wyant, dated October 22, 2007

### M. James and Margaret Eckrich

580. Countrywide Financial Online Payoff Demand Statement dated February 22, 2008

581. Letter dated March 3, 2008, from Old Republic Title, Ltd., with attached Settlement Statement

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 13

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

582.  Substitution of Trustee and Full Reconveyance

*N.  James and Kathryn McCrayer*

585.  Settlement Statement dated March 4, 2008

586.  Substitution of Trustee and Deed of Reconveyance

**VI.  Documents Relating to Old Republic Title Borrowers**

*A.    Various Borrowers*

601.  Nine refund checks issued on Columbia Bank PCD account, no. XXX1629, to Old Republic clients on August 14, 2006

602.  Fourteen refund checks issued on Columbia Bank PCD account, no. XXX1629, to Old Republic clients between  March 26, 2007, and March 28, 2007

*B.    Matt Smith*

603.  Email from Matt Smith, to Heather Burke, dated November 2, 2008

**VII.  Class Action Lawsuits**

701.  Certified Copy of Docket in *Cornelius v. Fidelity*, 08-cv-754MJP

702.  Certified Copy of Complaint filed in *Cornelius v. Fidelity*, 08-cv-754MJP, on May 14, 2008

703.  Certified Copy of Order on Defendants' Motion for Summary Judgment in *Cornelius v. Fidelity*, 08-cv-754MJP

704.  Certified Copy of Docket in *McFerrin v. Old Republic Title,* 08-cv-5309BHS

705.  Certified Copy of Complaint filed in *McFerrin v. Old Republic Title,* 08-cv-5309BHS, on May 14, 2008

706.  Certified Copy of Order Granting Defendant's Motion for Partial Summary Judgment in *McFerrin v. Old Republic Title,* 08-cv-5309BHS

707.  Certified Copy of Order Denying Second Motion for Class Certification in *Bushbeck v. Chicago Title Insurance Company*, 08-cv-755JLR

708.  Email from Amy Cobine, to Troy Kelley, dated May 19, 2008

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

709.  Email from Amy Cobine, to Troy Kelley, dated June 5, 2008

710.  Email from Amy Cobine, to Troy Kelley, dated July 29, 2008

711.  Email from Amy Cobine, to Troy Kelley, dated July 29, 2008

**VIII.  Issuance of Refund by United National to Fidelity National Title Class Action Lead Plaintiff Frank Cornelius**

801.  Google Earth photo depicting location of Troy Kelley's residence, Bank of America, and Washington Mutual Bank

802.  Email from Michele Millsap, to Troy Kelley, dated May 15, 2008

803.  Washington Mutual Certified Check, no. XXXX7169, made payable to Frank Cornelius for $250, and dated May 16, 2008

804.  Letter from PCD, to Frank Cornelius, dated May 15, 2008

805.  Letter from PCD, to Frank Cornelius, dated January 7, 2008

806.  BoA Troy Kelley account, no. XXXX8143, Monthly Statement for May 2008

807.  BoA Teller Journal

808.  Washington Mutual Bank O.D.S. Transaction Journal

809.  Original deposit slip, for deposit to Washington Mutual "Friends of Troy Kelley" account, no. XXXX6963, on May 16, 2008 (Placeholder)

810.  Washington Mutual Friends of Troy Kelley account, no. XXXX6963, Monthly Statement for May 2008

811.  Washington Mutual Bank O.D.S. Transaction Journal

812.  Washington Mutual Master Account Agreement for account no. XXXX6963, opened in the name of Friends of Troy Kelley, dated April 7, 2006

813.  American Express Monthly Statement for May 2008

814.  Check no. 7845, made payable in the amount of $250 to Troy Kelley, and dated May 16, 2008, written on the Columbia Bank PCD account, no. XXXX8249

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 15

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

815.   Columbia Bank PCD account no. XXXX8249 Monthly Statement for May 2008

816.   BOA Troy Kelley account no. XXXX8143 Monthly Statement for May 2008

**IX.  Formation of Berkeley United, and Wellington Trust, and Opening of Attorney Trustee Services Bank Account**

901.   Columbia Bank Monthly Statements for account no. XXXX4984, opened in the name of Attorney Trustee Services, for June 11, 2008, to November 2010

902.   Certified Copy of Articles of Organization Limited Liability Company for Berkeley United LLC, filed with Nevada Secretary of State on June 23, 2008

903.   Certified Copy of Initial List of Managers or Managing Members and Resident Agent of Berkeley United, LLC,

904.   Certified Copies of Annual List of Managers or Managing Members and Resident Agent of Berkeley United, LLC, filed between May 2009, and May 2011

905.   The Operating Agreement of Berkeley United, LLC, signed June 27, 2008

906.   Belize International Financial Services Commission International Trust Registry Certificate of Registration for Wellington Trust, signed July 14, 2008

907.   Summary Chart of Ownership of Berkeley United, LLC

**X.   Closure of United National Bank Accounts at Columbia Bank**

*A.     Columbia Bank General Account*

1001.  Columbia Bank PCD account, no. XXXX5529, Monthly Statements, from January 2006, through August 2008

1002.  Columbia Bank PCD Sweep Account, no. XXX5529, Monthly Statements, from February 2006, through August 2006, and January 2007, through September 2008

1003.  All checks written on Columbia Bank PCD account, no. XXXX5529, from January 2006, through August 2008

1004.  Check no. 8388, 8389, 8392, 8394, written on Columbia Bank account no. XXXX5529, dated June 13, 2008, to June 26, 2008, made payable to Troy Kelley for $70,053.04, $30,000.00, $20,000, and $10,000, respectively

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 16

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

*B.      Columbia Bank Stewart Title Account*

1005.  Columbia Bank PCD account, no. XXX8074, Monthly Statements, from January 2006, through  June 30, 2008

1006.  Columbia Bank PCD Sweep Account, no. XXX8074, Monthly Statements, from February 2006, through June 2008

1007.  All checks written on Columbia Bank PCD account, no. XXXX8074, from January 2006, through June 30, 2008

1008.  Columbia Bank PCD account, no. XXX8074, Monthly Statement for June 2008

*C.      Columbia Bank Fidelity National Title Account*

1009.  Columbia Bank PCD account, no. XXX8249, Monthly Statements, from January 2006, through June 30, 2008

1010.  Columbia Bank PCD Sweep Account, no. XXX8249, Monthly Statements, from February 2006, through August 3, 2008

1011.  All checks written on Columbia Bank PCD account no. XXX8249, January 2006, through June 30, 2008

1012.  Columbia Bank PCD account, no. XXX8249, Monthly Statement for June 2008

*D.      Columbia Bank Old Republic Title Account*

1013.  Columbia Bank PCD account, no. XXX1629, Monthly Statements, from June 2006, through July 2008

1014.  Columbia Bank PCD Sweep Account, no. XXX1629, Monthly Statements, from June 2006, through August 3, 2008

1015.  All checks written on Columbia Bank PCD account no. XXX1629, January 2006, through July 2008

1016.  Columbia Bank PCD account, no. XXX1629, Monthly Statement

*E.      Wells Fargo Bank Account*

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 17

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1017. Wells Fargo Business Account Application and Certificate of Authority for PCD account, no. XXXX6755, dated April 29, 2005

1018. Wells Fargo Monthly Statements for PCD account, no. XXXX6755, from January 18, 2007, to July 17, 2008

1019. Summary Chart of Principal Bank Accounts for United National LLC, 2006 – 2008

1020. Summary Chart of Principal Bank Accounts for United National, LLC, Typical Flow of Funds Part I, 2006 – 2008

1021. Summary Chart of Principal Bank Accounts for United National, LLC, Typical Flow of Funds Part II, 2006 – 2008

## XI. Movement of Funds from United National Bank Accounts at Columbia Bank to Berkeley United Accounts at Vanguard

*A. United National, LLC, Wells Fargo Bank Account*

1101. Wells Fargo Bank Business Account Application for account no. XXX3310, opened in the name of United National, LLC, on June 10, 2008

1102. Wells Fargo Bank Monthly Statement for account no. XXX3310, opened in the name of United National, LLC, for June 2008

*B. United National, LLC, US Bank Account*

1103. US Bank Signature Card for account no. XXXX7633, opened in the name of United National, LLC, on June 12, 2008

1104. US Bank Monthly Statement for account no XXX7633, opened in the name of United National LLC, for June 2008

*C. Blackstone International Nevada State Bank Account*

1105. Nevada State Bank Signature Card for account, no. XXXX6040, opened in the name of Blackstone International, Inc, on June 17, 2008

1106. Nevada State Bank Monthly Statements for account no. XXX6040, opened in the name of Blackstone International, Inc., for June and July 2008

*D. Vanguard Blackstone International Account*

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 18

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1107. Vanguard Account Registration Form for account opened in the name of Blackstone International, signed by Troy and Diane Kelley on June 16, 2008

1108. Vanguard June 30, 2008, year-to-date Transaction Detail for account no. XXX6680, opened in the name of Blackstone International

1109. Vanguard Incoming Wires Notification, dated June 23, 2008

    *E.*    *Vanguard Berkeley United Account*

1110. Vanguard Account Registration Form for account opened in the name of Blackstone International, signed by Troy Kelley on June 26, 2008

1111. Vanguard 2008 Transaction Detail for account no. XXX8746, opened in the name of Berkeley United LLC

1112. Vanguard Incoming Wires Notification, dated June 27, 2008

1113. International Wire Option Form, dated September 23, 2008, signed by Troy Kelley

1114. Atlantic International Bank Limited Wiring Instructions to Wellington Trust, dated September 16, 2008

    *F.*    *Summary Chart of Flow of Funds*

1115. Summary Chart of Bank Accounts Involved in Transfers of Funds, June 2008

**XII.  Destruction of Stewart Title, Everett, Washington, by Fire**

1201. Diagram of block on which Stewart Title Office was located in Everett, WA

1202. Photo of Stewart Title Office, in Everett, WA, after fire on June 25, 2008

1203. Photo of Stewart Title Office, in Everett, WA, after fire on June 25, 2008

**XIII.  Cessation of United National's Tracking Business in Washington State; Continuation of United National's Tracking Business in Oregon In the New Name of Attorney Trustee Services**

1301. Email from ray@propertyclose.com, dated June 16, 2008, to Heather Burke

1302. Email from Janet Summers, to Jason Jerue, dated June 17, 2008

1303. Voicemail from Troy Kelley, to Carl Lago, left on June 27, 2008

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 19

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1304. Transcript of voicemail from Troy Kelley, to Carl Lago, on June 27, 2008

1305. Intuit Payroll Services ACH payments to United National employees between 2006 and 2008

1306. Intuit Payroll Services Agreement for Attorney Trustee Services, dated June 30, 2008, and signed by Troy Kelley, with attached documents, including Employee Master List

1307. Intuit Payroll Services ACH payments to Attorney Trustee Services employees

1308. Washington State Master License Service Business of Information Change Form, dated July 1, 2008

1309. Voicemail from Kelley, to Carl Lago, dated July 10, 2008

1310. Transcript of voicemail from Troy Kelley, to Carl Lago, on July 10, 2008

1311. Agreement between Attorney Trustee Services ("ATS") and Fidelity of Oregon, signed electronically by Troy Kelley on July 11, 2008

1312. Email from Troy Kelley, to "34client," dated July 28, 2008

1313. Certified Copy of Washington State Secretary of State Certificate of Cancellation/Withdrawal of a Limited Liability Company for United National, LLC, dated August 1, 2008

1314. Certified Copy of Washington State Secretary of State Certificate of Cancellation/Withdrawal of a Limited Liability Company for United National 14, LLC, dated May 11, 2004

1315. Certified Copy of Washington State Department of Licensing Business Information Change Form for Attorney Trustee Services, dated November 5, 2009

1316. Certified Copy of Articles of Dissolution for Attorney Trustee Services issued by Washington State Secretary of State, dated December 27, 2010

**XIV.  Issuance of Subpoenas by Class Action Litigants**

1401. Subpoenas issued and served in *Cornelius v. Fidelity National Title*, 08-cv-000754MJP

1402. Letter from Troy Kelley's counsel, to class action plaintiff's counsel, dated October 31, 2008

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 20

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1403. Letter from Troy Kelley's counsel, to class action plaintiff's counsel, dated October 31, 2008

1404. Email from Troy Kelley's counsel, to class action plaintiff's counsel, dated Febraury 14, 2009

1405. Subpoena issued to US Bank on April 22, 2009, on behalf of Fidelity National Title

1406. Subpoena issued to Nevada State Bank on May 7, 2009, on behalf of Fidelity National Title

1407. Subpoena issued to Nevada State Bank on May 12, 2009, by local Nevada Counsel, on behalf of Fidelity National Title

1408. Subpoena issued to HSBC on July 22, 2009, on behalf of Fidelity National Title

1409. Subpoena issued to the Vanguard Group on September 8, 2009, on behalf of Fidelity National Title

**XV.  Movement of Some Funds between from Vanguard Accounts to Troy Kelley's Personal Account at Bank of America**

1501. Vanguard Blackstone International Account Monthly detail for December  2008, year-to-date

1502. Check nos. 1001, 1002, and 1003, for $36,214.77, $25,415.57, and $124,454.43, totaling $186,084.77, all dated December 23, 2008, written on Vanguard Blackstone International Account, no. XXXX6680

1503. Wells Fargo Bank Signature Card, dated December 22, 2008, for account no. XXXX7983, opened in the name of Berkeley United

1504. Wells Fargo Bank Monthly Statements for account no. XXXX7983, opened in the name of Berkeley United, from December 2008, to April 2011

**XVI.  Filing and Resolution of *Old Republic Title v. Troy Kelley***

1601. Docket for *Old Republic v. Kelley*, 2:10cv38

1602. Complaint filed in *Old Republic v. Kelley*, on December 10, 2009

1603. Old Republic loss spreadsheet, 242 pages

1604. First Set of Interrogatories and Requests for Production to Defendants and Responses Thereto, received February 22, 2010

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1605. First Set of Interrogatories and Requests for Production to Defendants and Responses Thereto, as Supplemented on March 25, 2010

1606. First Set of Interrogatories and Requests for Production to Defendants and Responses Thereto, as Supplemented on July 26, 2010

1607. Various Excerpts of Troy Kelley Videotaped Deposition in *Old Republic v. Kelley*, on August 2, 2010

1607a.   Deposition Exhibit 8

1607b.   Deposition Exhibit 9

1607c.   Deposition Exhibit 10

1607d.   Deposition Exhibit 12

1607e.   Deposition Exhibit 13

1607f.   Deposition Exhibit 16

1607g.   Deposition Exhibit 17

1607h.   Deposition Exhibit 18

1607i.   Deposition Exhibit 23

1607j.   Deposition Exhibit 26

1607k.   Deposition Exhibit 27

1607l.   Deposition Exhibit 30

1607m.   Deposition Exhibit 38

1607n.   Deposition excerpt 1607.1, with start time of 00:00

1607o.   Deposition excerpt 1607.2, with start time of 6:31

1607p.   Deposition excerpt 1607.3, with start time of 17:31

1607q.   Deposition excerpt 1607.4, with start time of 20:16

1607r.   Deposition excerpt 1607.5, with start time of 31:39

1607s.   Deposition excerpt 1607.6, with start time of 34:08

1607t.   Deposition excerpt 1607.7, with start time of 35:43

1607u.   Deposition excerpt 1607.8, with start time of 40:21

1607v.   Deposition excerpt 1607.9, with start time of 1:02:26

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 22

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| | | |
|---|---|---|
| 1 | 1607w. | Deposition excerpt 1607.10, with start time of 1:03:41 |
| 2 | 1607x. | Deposition excerpt 1607.11, with start time of 1:21:52 |
| 3 | 1607y. | Deposition excerpt 1607.12, with start time of 1:28:54 |
| 4 | 1607z. | Deposition excerpt 1607.13, with start time of 1:38:38 |
| 5 | 1607aa. | Deposition excerpt 1607.14, with start time of 1:45:22 |
| 6 | 1607bb. | Deposition excerpt 1607.15, with start time of 1:51:33 |
| 7 | 1607cc. | Deposition excerpt 1607.16, with start time of 1:56:40 |
| 8 | 1607dd. | Deposition excerpt 1607.17, with start time of 1:57:57 |
| 9 | 1607ee. | Deposition excerpt 1607.18, with start time of 00:16 |
| 10 | 1607ff. | Deposition excerpt 1607.19, with start time of 13:05 |
| 11 | 1607gg. | Deposition excerpt 1607.20, with start time of 20:07 |
| 12 | 1607hh. | Deposition excerpt 1607.21, with start time of 25:13 |
| 13 | 1607ii. | Deposition excerpt 1607.22, with start time of 31:35 |
| 14 | 1607jj. | Deposition excerpt 1607.23, with start time of 41:05 |
| 15 | 1607kk. | Deposition excerpt 1607.24, with start time of 45:16 |
| 16 | 1607ll. | Deposition excerpt 1607.25, with start time of 48:00 |
| 17 | 1607mm. | Deposition excerpt 1607.26, with start time of 54:14 |
| 18 | 1607nn. | Deposition excerpt 1607.27, with start time of 57:26 |
| 19 | 1607oo. | Deposition excerpt 1607.28, with start time of 1:39:36 |
| 20 | 1607pp. | Deposition excerpt 1607.29, with start time of 1:44:11 |
| 21 | 1607qq. | Deposition excerpt 1607.30, with start time of 00:12 |
| 22 | 1607rr. | Deposition excerpt 1607.31, with start time of 3:17 |
| 23 | 1607ss. | Deposition excerpt 1607.32, with start time of 4:14 |
| 24 | 1607tt. | Deposition excerpt 1607.33, with start time of 6:55 |
| 25 | 1607uu. | Deposition excerpt 1607.34, with start time of 10:56 |
| 26 | 1607vv. | Deposition excerpt 1607.35, with start time of 25:23 |
| 27 | 1607ww. | Deposition excerpt 1607.36, with start time of 51:11 |
| 28 | 1607xx. | Deposition excerpt 1607.37, with start time of 53:08 |

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 23

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1607yy.   Deposition excerpt 1607.38, with start time of 55:12

1607zz.   Deposition excerpt 1607.39, with start time of 56:47

1607aaa.   Deposition excerpt 1607.40, with start time of 1:01:45

1607bbb.   Deposition excerpt 1607.41, with start time of 1:09:44

1607ccc.   Deposition excerpt 1607.42, with start time of 1:09:44

1607ddd.   Deposition excerpt 1607.43, with start time of 1:25:00

1607eee.   Deposition excerpt 1607.44, with start time of 1:25:00

1607fff.   Deposition excerpt 1607.45, with start time of 1:39:09

1607ggg.   Deposition excerpt 1607.46, with start time of 1:41:59

1607hhh.   Deposition excerpt 1607.47, with start time of 1:52:17

1607iii.   Deposition excerpt 1607.48, with start time of 21:27

1607jjj.   Deposition excerpt 1607.49, with start time of 35:15

1607kkk.   Deposition excerpt 1607.50, with start time of 36:14

1608.   First Set of Interrogatories and Requests for Production to Defendants and Responses Thereto, and Supplemental Responses Thereto Provided on July 26, 2010, As Further Supplemented on January 28, 2011

1609.   Subpoena issued to Yahoo! on September 3, 2010, on behalf of Old Republic Title

1610.   Subpoena Response by Yahoo!, received September 13, 2010

1611.   Motion for Summary Judgment filed by Troy X. Kelley on March 9, 2011, in *Old Republic v. Kelley* (Dkt. 108)

1612.   Opposition to Troy X. Kelley's Motion for Summary Judgment and Old Republic Title's Cross-Motion for Summary Judgment, filed on March 28, 2011, in *Old Republic v. Kelley* (Dkt. 120)

1613.   Reply to Old Republic's Opposition to Troy X. Kelley Motion for Summary Judgment and Old Republic Title Cross-Motion for Summary Judgment, filed April 8, 2011, in *Old Republic v. Kelley* (Dkt. 129)

1614.   Declaration of Troy X. Kelley in Opposition to Old Republic's Cross Motion for Summary Judgment, filed April 8, 2011, in *Old Republic v. Kelley* ( (Dkt. 130)

1615.   Declaration of Jason Jerue, submitted by Troy Kelley

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1616.  Settlement Agreement, signed by Troy Kelley on May 3, 2011

1617.   PCD Spreadsheet for Refund Letters

1618.   Email from Lynn Levendowski, to James Beaty, dated December 13, 2011

1619.  Information Sheet listing Legal Fees

1620.  Information Sheet listing Legal Fees

**XVII.   Movement of All Remaining Funds in Vanguard Accounts, to Accounts Opened in the Name of Blackstone International**

    *A.      Berkeley United Vanguard Account*

1701.  Vanguard Berkeley United fund activity detail, dated June 30, 2011, quarter-to-date, for account no. XXX8746, opened in the name of Berkeley United

1702.  Vanguard Transaction Information for account no. XXX8746, opened in the name of Berkeley United

1703.  Vanguard Berkeley United quarterly account activity for account no. XXX8746

1704.  Check no. 1007 written on Vanguard Berkeley account no. XXXX8746, dated January 6, 2012, made payable to Blackstone International for $245,000

1705.  Check no. 1008 written on Vanguard account no. XXXX8746, opened in the name of Berkley United, dated February 1, 2012, made payable to Blackstone International for $2,090,818

1706.  Memo to Vanguard, received January 31, 2012, directing it to deposit check [no. 1008 for $2,090,818] to Vanguard Blackstone account

    *B. Vanguard Blackstone International Account*

1707.  Vanguard Blackstone International Year-to-Date statement for account no. XXX6680, for February 2012

1708.  Vanguard Blackstone International Year-to-Date statement for account no. XXX6680, for January 2013

1709.  Check no. 1001 written on Vanguard Blackstone International account no. XXXX6680, dated January 3, 2013, made payable for $245,000 to Blackstone International

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 25

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1710. Vanguard Blackstone International Year-to-Date statement for account no. XXX6680

1711. Check no. 1004 written on Vanguard Blackstone International Account, no. XXXX6680, dated January 24, 2014, made payable for $245,000 to Blackstone International

1712. Vanguard Blackstone International Quarter-to-Date statement for account no. XXX6680

1713. Vanguard Blackstone International Transaction Information form, reflecting transfer of $245,000, to Blackstone International Account at Columbia Bank on February 2, 2015

1714. Check no. 1007, written on Vanguard Blackstone International Account, no. XXXX6680, dated March 26, 2015, made payable for $908,397 to Davis Wright Tremaine Trust Account

1715. Check no. 1006 written on Vanguard Blackstone International Account, no. XXXX6680, dated March 26, 2015, made payable for $447,421 to the United States Treasury

C.    *Wells Fargo Berkeley United Account*

1716. Wells Fargo Bank Transaction History for account no. XXXX7983, opened in the name of Berkeley United

1717. Check no. 5527 written on Wells Fargo Bank Berkley United, dated June 7, 2011, for $245,000, made payable to Blackstone International

D.    *Columbia Bank Blackstone International Account*

1718. Columbia Bank Blackstone International, Attorney Trustee Services, Account Signature Card, dated May 10, 2004, account no. XXXX8470, bearing signature of Troy Kelley

1719. Columbia Bank Blackstone International Account Statement, account no. XXXX8470

1720. Check no. 7506, written on Columbia Bank Blackstone International Account, no. XXXX8470, dated June 10, 2011, for $150,000, made payable to Troy Kelley

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 26

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1721. Check no. 7514, written on Columbia Bank Blackstone International Account, no. XXXX8470, dated November 30, 2011, made payable for $41,500, to Toyota of Olympia

1722. Columbia Bank Blackstone International Account Statement, account no. XXXX8470

1723. Check no. 7520, written on Columbia Bank Blackstone International account, no. XXXX8470, dated January 23, 2012, made payable for $220,000, to Troy Kelley

1724. Check no. 7529, written on Columbia Bank Blackstone International account, no. XXXX8470, dated April 9, 2012, made payable for $30,000, to Troy Kelley

1725. Columbia Bank Blackstone International Account Statement for account no. XXXX8470

1726. Check no. 7545, written on the Columbia Bank Blackstone International account, no. XXXX8470, dated January 15, 2013, for $200,000, made payable to Troy Kelley

1727. Columbia Bank Blackstone International Account Statement for account no. XXXX8470

1728. Check no. 7557, written on the Columbia Bank Blackstone International account, no. XXXX8470, dated February 2, 2014, for $80,000, made payable to Troy Kelley

1729. Columbia Bank Blackstone International Account Statement for account no. XXXX8470

E.    *Summary Chart*

1730. Summary Chart entitled "Disposition of Funds"

1731. Accounts Involved in $245,000 Withdrawals of Funds, 2011, to 2015

**XVIII. Movement of Funds from Blackstone International Bank Accounts, to Troy Kelley's Personal Bank of America Account**

A.    *Deposit of Approximately $130,000 in June 2008*

1801. Bank of America Troy X Kelley Account Monthly Statement, account no. XXXX8143, for June 2008

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1802. Bank of America Troy X Kelley Account Monthly Statement, account no. XXXX8143, for July 2008

      B.     *Deposit of Approximately $186,000 in December 2008*

1803. Bank of America Troy X Kelley Account Monthly Statement, account no. XXXX8143, for December

1804. Bank of America Troy X Kelley Account Monthly Statement, account no. XXXX8143, for January 2009

      C.     *Deposit of $150,000 in 2011*

1805. Bank of America Troy X Kelley Account Monthly Statement, account no. XXXX8143, for June 2011

1806. Check no. 6390, written on the Bank of America Troy Kelley account, no. XXXX8143, dated September 6, 2011, for $9,980, made payable to Jason Jerue

      D.     *Deposit of $250,000 in 2012*

1807. Bank of America Troy X Kelley Account Monthly Statement, account no. XXXX8143, for January 2012

1808. Bank of America Troy X Kelley Account Monthly Statement, account no. XXXX8143, for April 9, 2012

1809. Check no. 6456, written on the Bank of America Troy Kelley account, no. XXXX8143, dated July 2, 2012, for $9,985, made payable to Sandy Evans

      E.     *Deposit of $200,000 in 2013*

1810. Bank of America Troy X Kelley Account Monthly Statement, account no. XXXX8143, for January 2013

XIX.  **Filing of Berkeley United and Wellington Trust Tax Returns and Forms**

1901. Memo from Troy Kelley to Martin Leffler, dated December 10, 2008

1902. Email from Troy Kelley, to Martin Leffler, dated February 5, 2009

1903. Letters from Martin Leffler, to Troy Kelley, Berkeley United, and Wellington Trust, dated February 20, 2009

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 28

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1904. Letter from Martin Leffler, to Troy Kelley, dated February 20, 2009

1905. Email from Troy Kelley, to Martin Leffler, dated February 28, 2009

1906. Letter from Martin Leffler, to Troy Kelley, dated March 3, 2009

1907. Email from Troy Kelley, to Martin Leffler, dated February 9, 2010, requesting M.L. to prepare a 2009 Form 3520

1908. Letters from Martin Leffler, to Troy Kelley, Berkeley United, and Wellington Trust, dated February 19, 2010

1909. Email from Troy Kelley, to Martin Leffler, dated February 26, 2010

1910. Letter from Martin Leffler, to Troy Kelley, dated March 3, 2010

1911. Letter from Martin Leffler, to Wellington Trust Trustee, dated March 3, 2010, requesting that he sign and return the enclosed 2009 Form 3520, Reporting Transactions with Foreign Trusts, for Wellington Trust

1912. Email from Troy Kelley, to Martin Leffler, dated January 3, 2012

1913. Email from Troy Kelley, to Martin Leffler, dated January 8, 2012

1914. Email from Troy Kelley, to Martin Leffler, dated January 13, 2012

1915. Email from Troy Kelley, to Martin Leffler, dated January 22, 2012

1916. Letters from Martin Leffler, to Troy Kelley, Berkeley United, and Wellington Trust, dated January 25, 2012

1917. Email from Troy Kelley, to Martin Leffler, dated January 31, 2012

1918. Letter from Berkeley Trust Company Limited, to Ian Morrison, dated February 16, 2012

1919. Certified Copy of Dissolution of Limited-Liability Company for Berkeley United LLC, filed April 6, 2012

1920. Copy of Check written on British Caribbean Bank, dated May 26, 2011, to Berkeley United, in the amount of $3,366

**XX. Filing of United National, Blackstone International, Attorney Trustee Services, and Individual Tax Returns**

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 29

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| | |
|---|---|
| 2001. | 2006 Certified Form 1065 Partnership Return for United National, LLC, declaring gross receipts of $647,118 |
| 2002. | 2006 Certified Form 1120S S Corporation Return for Blackstone International, Inc. |
| 2003. | 2006 Certified Form 1120S S Corporation Return for Attorney Trustee Services, Inc. |
| 2004. | 2006 Certified Form 1040 Individual Income Tax Return for Troy and Diane Kelley |
| 2005. | 2007 Certified Form 1065 Partnership Return for United National, LLC, listing gross receipts of $587,481 |
| 2006. | 2007 Certified Form 1120S S Corporation Return for Blackstone International, Inc. |
| 2007. | 2007 Certified Form 1120S S Corporation Return for Attorney Trustee Services, Inc. |
| 2008. | 2007 Certified Form 1040 Individual Income Tax Return for Troy and Diane Kelley |
| 2009. | 2008 Certified Form 1065 Partnership Return for United National, LLC, listing gross receipts of $198,996 |
| 2010. | 2008 Certified Form 1065 Partnership Return for Berkeley United, listing gross receipts of $198,996 |
| 2011. | 2008 Certified Form 1120S S Corporation Return for Blackstone International, Inc. 2007 Form 1120S for Blackstone International, Inc. |
| 2012. | 2008 Certified Form 1120S S Corporation Return for Attorney Trustee Services, Inc. |
| 2013. | 2008 Certified Form 3520 Annual Return To Report Transactions with Foreign Trust for Wellington Trust |
| 2014. | 2008 Certified Form 1040 Individual Income Tax Return for Troy and Diane Kelley |
| 2015. | 2009 Certified Form 1065 Partnership Return for Berkeley United, LLC |

2016. 2009 Certified Form 1120S S Corporation Return for Blackstone International, Inc.

2017. 2009 Certified Form 1120S S Corporation Return for Attorney Trustee Services, Inc.

2018. 2009 Certified Form 3520 Annual Return To Report Transactions with Foreign Trust for Wellington Trust

2019. 2009 Certified Form 1040 Individual Income Tax Return for Troy and Diane Kelley

2020. 2010 Certified Form 1065 Partnership Return for Berkeley United, LLC

2021. 2010 Certified Form 1120S S Corporation Return for Blackstone International, Inc., describing the company as in "Document Tracking"

2022. 2010 Certified Form 1120S S Corporation Return for Attorney Trustee Services, Inc.

2023. 2010 Certified Form 1120S Transcript for Attorney Trustee Services, Inc.

2024. 2010 Certified Form 3520 Annual Return To Report Transactions with Foreign Trust for Wellington Trust

2025. 2010 Certified Form 3520-A Annual Information Return of Foreign Trust for Wellington Trust

2026. 2010 Certified Form 1040 Individual Income Tax Return for Troy and Diane Kelley

2027. 2011 Certified Form 1065 Partnership Return for Berkeley United, LLC

2028. 2011 Certified Form 1120S S Corporation Return for Blackstone International, Inc. , describing the company as in "Document Tracking," and declaring $245,000 in gross profits and $66,147 in business expenses, and attached Form K-1

2029. 2011 Certified Form 3520 Annual Return To Report Transactions with Foreign Trust for Wellington Trust

2030. 2011 Certified Form 1040 Individual Income Tax Return for Troy and Diane Kelley

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

2031. 2012 Certified Form 1120S S Corporation Return for Blackstone International, Inc.

2032. 2012 Certified Form 1040 Individual Income Tax Return for Troy and Diane Kelley

2033. 2013 Certified Form 1120S S Corporation Return for Blackstone International, Inc.

2034. 2013 Certified Form 1040 Individual Income Tax Return for Troy and Diane Kelley

**XXI. IRS Agent Interview of Troy Kelley**

2101. Internal Revenue Service Memorandum of Interview of Troy Kelley, on April 19, 2013

2102. Securities and Exchange Commission ("SEC") Form 10 – K, for First American Financial Corp, dated December 31, 1999

2103. SEC Staff Accounting Bulletin No. 101, Revenue Recognition

2104. Voicemail left for Lawrence Lincoln, April 19, 2013

2105. Transcript of voicemail left for Lawrence Lincoln, April 19, 2013

**XXII. IRS Execution of Search Warrant at Troy Kelley's Residence**

*A. Diagrams and Photos of Search*

2201. Photo of residence exterior

2202. Diagram of residence interior, downstairs

2203. Diagram of residence interior, upstairs

2204. Photo of tax books located above Apple computer in office, room AA

2205. Photo of tax book located above Apple computer in office, room AA

2206. Photo of tax book located above Apple computer in office, room AA

2207. Photo of Apple computer located in office, room AA

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 32

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

2208. Photo of ASUS computer

B. *Items Located on Top of Washer in Box Marked "Kelley 21426"*

2209. Manila folder marked "Blackstone, NV"

2210. 2011 Form 1120S for Blackstone with attached Category Summary, Schedule of "Money In" and "Money Out"

2211. 2012 Form 1040 for Troy and Diane Kelley

2212. Category Summary, Schedule of "Money In" and "Money Out"

2213. Meeting Notes

2214. Blackstone International, Inc., document, dated July 1, 2008

2215. Attorney Trustee Services document

2216. Five Reconveyance Spreadsheets

2217. Attorney Trustee Services Articles of Incorporation, dated December 22, 2003, and signed by Troy Kelley, President

2218. Berkeley United Certification that Wellington Trust owns 99% of Berkeley United, dated July 8, 2008, and signed by Troy Kelley

2219. Berkeley United Certification that Blackstone International owns 1% of Berkeley United

2220. Berkeley United Certification that Troy Kelley owns 100% of Blackstone International

2221. Berkeley United Consent to Action Taken, dated July 28, 2008

C. *Items Located in Bottom Desk Drawer, Left Side*

2222. Bill of Sale for 2012 Toyota Highlander, dated February 2, 2013

2223. Blackstone International "Use of Company Vehicles"

D. *Items Located in Guest Bedroom, Closet Floor*

2224. Manila folder marked "Fidelity - Lynnwood Invoices"

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 33

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

2225. Typed Notes

2226. Refund letter from PCD, to C.K., dated September 7, 2004, signed by Sharron Airey, Post Closing Coordinator

**XXIII. IRS Execution of Search Warrant for IMAC Computer**

*A.        Escrow File Lists*

2301. List of Fidelity National Title escrow files dated December 2007

2302. List of Fidelity National Title escrow files dated December 2007

2303. List of Fidelity National Title escrow files dated January 2008

2304. List of Fidelity National Title escrow files dated January 2008

*B.  Bank Account Documents*

2305. Columbia Bank PCD General account, no. XXXX5529, Monthly Statements, from January 2005, through June 2005

2306. Checks written on Columbia Bank PCD account, no. XXXX5529, from March 2003, through January 2006

2307. Columbia Bank PCD account, no. XXX8074, Monthly Statements, from April 2003, through December 2005

2308. Checks written on Columbia Bank PCD account, no. XXXX8074, from April 2003, through April 2006

2309. Columbia Bank PCD account, no. XXX8249, Monthly Statements, from October 2003, through December 2005

2310. Checks written on Columbia Bank PCD account, no. XXX8249, from January 2004, to December 2005

*C.        United National, LLC, dba Post Closing Department, Formation, Tax and Closing Documents*

2311. Washington State Department of Revenue 2005, to 2008 Quarterly Tax Returns

2312. Voluntary Cease to Do Business issued by Washington State Secretary of State, dated August 11, 2008

  *D. Blackstone International, Inc. Formation and Closing Documents*

2313. Blackstone International, Inc. Articles of Incorporation and Bylaws, dated October 30, 2000, and Annual Shareholder Meetings

2314. IRS Form 2553, Election by a Small Business Corporation, by Blackstone International, dated November 2, 2000

2315. IRS Notice that it had accepted election to operate Blackstone International as an S Corporation, dated January 29, 2001

2316. Typed note

  *E. Attorney Trustee Services Formation Documents*

2317. IRS Form 2553, Election by a Small Business Corporation, by Attorney Trustee Services, dated December 31, 2003

2318. IRS Notice that it has accepted election to operate Attorney Trustee Services as an S-Corporation, dated March 8, 2004

2319. Washington State Department of Revenue Quarter 3 2008, to Quarter 3, 2009, Combined Excise Tax Returns filed by Attorney Trustee Services

2320. Washington State Secretary of State Profit Amended Report for Attorney Trustee Services, dated May 7, 2009

2321. Washington State Department of Revenue Clearance Certificate, dated December 21, 2010

2322. Voluntary Cease to Do Business issued by Washington State Secretary of State, dated December 27, 2010

  *F. Berkeley United Formation and Tax Documents*

2323. Berkeley United Articles of Organization and Operating Agreement, dated June 23, and June 27, 2008, respectively, and Operating Manual

## XXIV. IRS Execution of Search Warrant for ASUS Computer

  *A. Troy X. Kelley*

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 35

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

2401. Troy X. Kelley 2006 Resume

      *B.     United National, LLC, dba Post Closing Department, Tax Documents*

2402. 2006 United National Income, Expenses and Profits for all components at 2006

2403. 2007 United National Income, Expenses and Profits for all components

2404. 2008 United National Income, Expenses and Profits for all components

      *C.     Blackstone International, Inc. Tax Documents*

2405. 2006 Consolidated Income for Blackstone

2406. 2007 Consolidated Income for Blackstone

2407. 2008 Consolidated Income for Blackstone

2408. 2009 Consolidated Income for Blackstone

2409. 2012 Highlander Depreciation Spreadsheet, calculating depreciating depreciation from 2011 to 2016 (purchased in 4th Q)

      *D.     Attorney Trustee Services Tax Documents*

2410. 2008 Attorney Trustee Services Income, Expenses and Profits

2411. 2009 Attorney Trustee Services Income, Expenses and Profits

      *E.     Berkeley United Tax Documents*

2412. 2008 Berkeley United Income, Expenses and Profits

**XXV. Declaration of Income and Deductions in Blackstone International's 2011 Tax Return**

      *A.     Documents Relating to "Depreciation" Business Deduction Taken by Troy Kelley on Line 14 of Blackstone's Form 1120S Tax Returns for Tax Year 2011*

2501. Washington State Department of Licensing Vehicle Title Application, signed on November 20, 2011, by Troy and Diane Kelley

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 36

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

2502. State of Washington Vehicle Certificate of Title for 2012 Toyota Highlander, signed on March 19, 2012, by Troy and Diane Kelley

2503. State of Washington Department of Licensing Registered Owner Identification form for 1999 Honda CRV

2504. State of Washington Department of Licensing Registered Owner Identification form for 2007 Lexus GX

2505. Allstate Insurance coverage agreement for 2012 Toyota Highlander, dated September 1, 2011

*B.* *Documents Relating to "Subscriptions, Books" Business Deduction Taken by Troy Kelley on Line 19 of Blackstone's Form 1120S Tax Return for Tax Year 2011*

2506. Teaching Toys and Books receipt, dated January 13, 2011, in the amount of $32.81

2507. Teaching Toys and Books receipt, dated June 13, 2011, in the amount of $102.16

2508. Teaching Toys and Books receipt, dated October 22, 2011, in the amount of $74.80

2509. Teaching Toys and Books receipt, dated November 12, 2011, in the amount of $20.75

2510. Teaching Toys and Books receipt, dated November 23, 2011, in the amount of $51.81, and $21.87

2511. Teaching Toys and Books receipt, dated December 10, 2011, in the amount of $21.87

2512. Teaching Toys and Books receipt, dated December 13, 2011, in the amount of $57.94,

2513. Amazon spreadsheet listing purchases during 2011 and 2012

*C.* *Documents Relating to "Conference Education" Business Deduction Taken by Troy Kelley on Line 19 of Blackstone's Form 1120S Tax Return for Tax Year 2011*

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 37

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

2514. Tacoma Lawn Tennis Club Billing statements for December 2010, and January 2011

2515. Tacoma Lawn Tennis Club Billing statements for April 2011, and May

2516. Tacoma Lawn Tennis Club Billing statements for September 2011, and October 2011

2517. Tacoma Lawn Tennis Club Billing statements for November 2011, and December

2518. Check nos. 7504 and 7512, written on Columbia Bank Blackstone International account, no. XXXX8470, made payable to Tacoma Lawn Tennis Club, for $324.96, and $592.31, respectively.

D.    *Documents Related to "50% Sales Expenses" [Meals] Taken by Troy Kelley on Line 19 of Blackstone's Form 1120S Tax Return for Tax Year 2011*

2519. Keg restaurant receipt, dated February 5, 2011, for $93.97

2520. Keg restaurant backup tape

2521. Keg restaurant receipt, dated December 31, 2011, for $144.22

2522. Keg restaurant backup tape

F.    *Documents Relating to "Business Travel" Business Deduction Taken by Troy Kelley on Line 19 of Blackstone's Form 1120S Tax Return*

2523. Alaska Airline Invoice for Diane Kelley, dated March 13, 2011, for travel from Seattle, to Vancouver

2524. Best Western Lake Front Hotel, Moses Lake, WA, bill for June 18, 2011, to June 19, 2011, totaling $138.46

2525. Silver Mountain Lodging, Kellogg, Idaho, bill for June 19, 2011, to June 20, 2011, totaling $227.10

2526. Comfort Inn, Bozeman, Montana, bill for stay on June 20, 2011, totaling $89

2527. The Cody Hotel, Cody, Wyoming, bill for stay from June 23, 2011, to June 24, 2011, with tax, totaling $207.10

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 38

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

2528. Fountain Inn Hotel, Newcastle, Wyoming, bill for stay on June 24, 2011, totaling $75.21

2529. Comfort Suites, Rapid City, South Dakota, bill for stay from June 25, 2011, to June 27, 2011, totaling $278

2530. Quality Inn, Sheridan, Wyoming, bill for stay on June 27, 2011, totaling $70

2531. Six Continents Hotel, Great Falls, Montana, bill for stay on June 28, 2011, totaling $160.43

2532. Holiday Inn Express & Suites, Grat Falls, Montana, bill for stay on June 29, 2011, totaling $160.43

2533. Quinn's Hot Springs Resort, Paradise, Montana, bill for stay on June 30, 2011, totaling $160.43

2534. Red Lion Hotels, Spokane, WA, bill for stay on July 1, 2011, totaling $167.77

2535. Willows Lodge, Woodinville, WA, bill for stay on July 23, 2011, totaling $588.77

2536. Alaska Airline Invoice for Troy Kelley, dated August 19, 2011, for travel from Seattle to John Wayne Airport, Orange County

2537. Suncadia Resort bill for stay on September 20, 2011, totaling $675.02

2538. Dragon Hill Lodge, Seoul, South Korea, bill for stay between October 24, 2011, and November 4, 2011, totaling $1,197

2539. Hertz receipt for car rented December 16, 2011, at Lake Buena Vista, Florida, for a total of $78.88

2540. Shades of Green, Lake Buena Vista, Florida, bill for stay from December 15, 2011, to December 22, 2011, totaling $1,071.91

2541. Photograph of Best Western Lake Front Hotel, Moses Lake, WA

2542. Photograph of Silver Mountain Lodging, Kellogg, Idaho

2543. Photograph of Comfort Inn, Bozeman, Montana

2544. Photograph of Comfort Suites, Rapid City, South Dakota

2545. Photograph of Quality Inn, Sheridan, Wyoming

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

2546. Photograph of Quinn's Hot Springs Resort, Paradise, Montana

2547. Photograph of Suncadia Resort

**XXVI. Declaration of Income and Deductions in Blackstone International's 2012 Tax Return**

*A.     Documents Relating to "Depreciation" Business Deduction Taken by Troy Kelley on Line 14 of Blackstone's Form 1120S Tax Returns for Tax Years  2012*

2601. Allstate Insurance coverage agreement for 2012 Toyota Highlander, dated March 1, 2012

*B.     Documents Relating to "Subscriptions, Books" Business Deduction Taken by Troy Kelley on Line 19 of Blackstone's Form 1120S Tax Return for Tax Year 2012*

2602. Teaching Toys and Books receipt, dated April 21, 2012, in the amount of $32.79

2603. Teaching Toys and Books receipt, dated June 10, 2012, in the amount of $44.14

2604. Teaching Toys and Books receipt, dated June 13, 2012, in the amount of $206.11

2605. Teaching Toys and Books receipt, dated June 21, 2012, in the amount of $$55.62

2606. Teaching Toys and Books receipt, dated December 10, 2012, in the amount of $165.14

2607. Metro Tacoma Parks Department Accounting Summary Listing

*C.     Documents Relating to "Conference Education" Business Deduction Taken by Troy Kelley on Line 19 of Blackstone's Form 1120S Tax Return for Tax Year 2012*

2608. Tacoma Lawn Tennis Club Billing statements for January 2012, and February 2012, revealing payment by Troy Kelley of $821.19 for January

2609. Tacoma Lawn Tennis Club Billing statements for September 2012, and October 2012

2610. Tacoma Lawn Tennis Club Billing statements for October 2012, and November 2012

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

2611. Tacoma Lawn Tennis Club Billing statements for November 2012, and December 2012

2612. Check nos. 7523, 7537, 7539, and 7543, written on Columbia Bank Blackstone International account, no. XXXX8470, made payable to Tacoma Lawn Tennis Club, for $821.19, $258.52, $265.70, and $435.70, respectively.

   D.    Documents Related to "50% Sales Expenses" [Meals] Taken by Troy Kelley on Line 19 of Blackstone's Form 1120S Tax Return for Tax Year 2012

2613. Keg restaurant receipt, dated February 25, 2012, for $121.51

2614. Keg restaurant backup tape

2615. Keg restaurant receipt, dated December 31, 2012, for $188.54

2616. Keg restaurant backup tape

   E.    Documents Relating to "Business Travel" Business Deduction Taken by Troy Kelley on Line 19 of Blackstone's Form 1120S Tax Return for Tax Year 2012

2617. Alaska Airline Invoice for Troy Kelley and Diane Kelley, for flight to Ontario  on March 9, 2012

2618. 7 Springs Inn & Suites, Palm Springs, CA, bill for stay on March 10, 2012, totaling $238.84

2619. Hyatt Regency, San Antonio, Texas, bill for stay on March 21, 2012, totaling $566.81

2620. Delta Airline Invoice for Diane Kelley, for flight to Paris, France, on May 21, 2012, and return flight to SeaTac on May 31, 2012, with total cost of $1066.90

2621. Sun Mountain Lodge, Winthrop, WA, bill for stay from May21, 2012, to May 22, 2012, totaling $169.53

2622. Suncadia Resort bill for stay on September 22, 2012 , totaling $611.12

2623. Makena Beach & Golf Resort, Hawaii, bill for stay from December 13, 2012, to December 15, 2012, totaling $852

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

2624. Sheraton Maui, Lahaina, Hawaii, bill for night of December 22, 2012, totaling $559.48

2625. Photograph of 7 Springs Inn & Suites, Palm Springs, CA

2626. Photograph of Hyatt Regency, San Antonio, Texas

2627. Photograph of Sun Mountain Lodge, Winthrop, WA

    *F.    American Express Used by Troy Kelley to Pay for Some Claimed Deductions*

2628. American Express records Troy Kelley Account, no. XXXX2000 for January 2011, to December 2013

**XXVII. Summary Charts and Spreadsheets Relating to United National's Business from 2006-2008**

2701. Fidelity Checks Deposited Into Columbia Bank Account #8249 (2006-2008)

2702. Summary of Income – Fidelity National Title (2006-2008)

2703. Analysis of Reconveyances – Fidelity National Title (2006-2008)

2704. Old Republic Checks Deposited Into Columbia Bank Account #1629 and Account #8249 (2006-2008)

2705. Summary of Income – Old Republic Title (2006-2008)

2706. Analysis of Reconveyances – Old Republic Title (2006-2008)

2707. Checks Written by Post Closing Department for Possible Trustee Fees, County Recording Fees, and Returned Payments Relating to Fidelity and Old Republic (2006-2008)

2708. Checks Written by Post Closing Department for Possible Borrower Refunds Relating to Fidelity and Old Republic (2006-2008)

2709. Post Closing Department – Number of Transactions; Fidelity National Title and Old Republic Title (2006-2008)

2710. Post Closing Department – Number of Transactions with Extra Funds; Fidelity National Title and Old Republic Title (2006-2008)

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 42

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

2711. Post Closing Department – Analysis of Deposits, Fees, and Payments; Fidelity National Title and Old Republic Title (2006-2008)

2712. Post Closing Department – Analysis of Deposits, Fees, and Payments; Fidelity National Title and Old Republic Title (2006-2008)

2713. Post Closing Department – Analysis of Accounts Containing Funds From Fidelity National Title and Old Republic Title (2006-2008)

2714. Chart of Flow of Funds From Post Closing Department to Berkeley United (June 2008)

2715. Diagram of Flow of Funds from Post Closing Department to Berkeley United (June 2008)

**XXVIII. Tax Summary Charts for Tax Years 2006-2008 and 2011-2013**

2801. Summary Chart of  United National LLC Reconveyance  Fees Deposits

2802. Chart  United National LLC Deposit Analysis Detail (2006)

2803. Chart United National LLC Deposit Analysis Detail (2007)

2804. Chart United National LLC Deposit Analysis Detail (2008)

2805. Chart United National LLC Expense Analysis Detail (2006)

2806. Chart United National LLC Expense Analysis Detail (2007)

2807. Chart United National LLC Expense Analysis Detail (2008)

2808. Summary Chart Comparison of ORT Income from Bank Deposits to ORT Income per Kelley Ledgers

2809. Summary Chart Comparison of FNT Income from Bank Deposits to FNT Income per Kelley Ledgers

2810. Summary of Funds Transfers Corresponding with Gross Receipts Reported on Blackstone International Inc.'s Tax Returns for 2006 through 2008

2811. Rate of Reconveyance: Fidelity Files

2812. Chart of Possible Refunds for Fidelity Customers from PCD

2813. Chart of Possible Refunds for Old Republic Customers from PCD

2814. Map Depicting Travel in Western United States

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 43

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

2815. Chart of Relevant Tax Returns

2816. Summary Chart of Kelley Tax Calculations

2817. Summary Chart of Blackstone Business Deductions

2818. Summary Chart of Washington and Federal Tax

**XXIX. Summary Charts Relating to Computation of Fidelity National Title Completed Reconveyances**

2901. Spreadsheet Provided by King County on September 22, 2014 (Listing All Instruments Recorded Relating to Deeds of Trust Listed in 2006 Post Closing Department Tracking Log for Fidelity National Title)

2902. Spreadsheet Provided by Snohomish County On August 11, 2014 (Listing All Instruments Recorded Relating to Deeds of Trust Listed in 2006 Post Closing Department Tracking Log for Fidelity National Title)

2903. Spreadsheet Provided by Pierce County On August 12, 2014 (Listing All Instruments Recorded Relating to Deeds of Trust Listed in 2006 Post Closing Department Tracking Log for Fidelity National Title)

2904. Spreadsheet Provided by King County on September 22, 2014 (Listing All Instruments Recorded Relating to Deeds of Trust Listed in 2007 Post Closing Department Tracking Log for Fidelity National Title)

2905. Spreadsheet Provided by King County on November 12, 2014 (Listing All Instruments Recorded Relating to Deeds of Trust Listed in 2007 Post Closing Department Tracking Log for Fidelity National Title)

2906. Spreadsheet Provided by Snohomish County On July 7, 2014 (Listing All Instruments Recorded Relating to Deeds of Trust Listed in 2007 Post Closing Department Tracking Log for Fidelity National Title)

2907. Spreadsheet Provided by Snohomish County On November 12, 2014 (Listing All Instruments Recorded Relating to Deeds of Trust Listed in 2007 Post Closing Department Tracking Log for Fidelity National Title)

2908. Spreadsheet Provided by Pierce County On July 21, 2014 (Listing All Instruments Recorded Relating to Deeds of Trust Listed in 2007 Post Closing Department Tracking Log for Fidelity National Title)

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 44

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

2909. Screenshot Provided by Pierce County On November 14, 2014 (Showing Instruments Recorded Relating to Deed of Trust Listed in 2007 Post Closing Department Tracking Log for Fidelity National Title)

2910. Screenshot Provided by Pierce County On November 14, 2014 (Showing Instruments Recorded Relating to Deed of Trust Listed in 2007 Post Closing Department Tracking Log for Fidelity National Title)

**XXX. Miscellaneous Exhibits**

3001. Summary Chart: Time Line

3002. Redacted HUD – 1

3003. Disc containing all United National Account Records at Columbia Bank, supporting Fraud and Tax Summary Charts

3004. Disc containing all United National Account Records at Wells Fargo Bank, supporting Fraud and Tax Summary Charts

3005. Disc containing all Troy Kelley Account Records at Bank of America, supporting Fraud and Tax Summary Charts

DATED this 13th day of March, 2016.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*s/ Arlen R. Storm*
ARLEN R. STORM
ANDREW C. FRIEDMAN
KATHERYN K. FRIERSON
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Telephone:  (206) 553-2277
Fax: (206) 553-0755
E-mail: Arlen.Storm@usdoj.gov
Andrew.Friedman@usdoj.gov
Katheryn.K.Frierson@usdoj.gov

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 45

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*/s/Kelly M. Shirkey*
KELLY M. SHIRKEY
Legal Assistant
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3800
FAX:   253-428-3826
E-mail: Kelly.Shirkey@usdoj.gov

GOVERNMENT'S AMENDED EXHIBIT LIST
U.S. v. Kelley, CR15-5198RBL - 46

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800