HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>    v.<br><br>TROY X. KELLEY,<br><br>                Defendant. | CASE NO. CR15-5198 RBL<br><br>ORDER DENYING MOTION TO EXCLUDE JERUE RULE 404(b) EVIDENCE |

THIS MATTER is before the Court on Defendant Kelley's Motion to Exclude Federal Rule of Evidence 404(b) evidence regarding witness Jason Jerue. The Motion is DENIED.

IT IS SO ORDERED.

Dated this 16th day of March, 2012.

                                                  Ronald B. Leighton
                                                  United States District Judge