HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>TROY X. KELLEY,<br><br>    Defendant. | CASE NO. CR15-5198 RBL<br><br>ORDER DENYING MOTION TO QUASH<br><br>[Dkt. #192] |

THIS MATTER is before the Court on Old Republic Title Holding Company's Motion to Quash Defendant Kelley's trial subpoena to Rick Dosa [Dkt. #192]. The Motion is DENIED.

IT IS SO ORDERED.

Dated this 16th day of March, 2016.

Ronald B. Leighton
United States District Judge

ORDER DENYING MOTION TO QUASH - 1