UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES, | CASE NO. CR15-5198 RBL |
| Plaintiff, | ORDER ON OBJECTIONS TO KELLEY DEPOSITION DESIGNATIONS |
| v. | |
| TROY X. KELLEY, | |
| Defendant. | |

THIS MATTER is before the Court on the parties' designations of portions of the

deposition of Troy X. Kelley in a prior civil lawsuit. [Dkt. #s 215 & 233] The Court's rulings on

the objections follow.

The **United States' objections** to Kelley's designations:

| Page:Line | Ruling |
|---|---|
| 31:8 – 32:16 | Overruled |
| 33:17– 19 | *Withdrawn by Kelley* |
| 81:3 – 82:4 | Objection withdrawn |
| 84:14 – 88:16 | Sustained |
| 93:2 – 93:8 | Sustained |

| | |
|---|---|
| 94:5 – 95:15 | Sustained |
| 131:4 – 133:18 | Sustained |
| 134:21 – 135:24 | Sustained |
| 204:11 – 207:7 | Overruled |
| 231:5 – 231:9 | Sustained |
| 260:15 – 261:4 | Sustained |

**Kelley's Objections** to United States' designations:

| Page:Line | Ruling |
|---|---|
| 204:11 – **207:7** | Overruled |
| 239:23 – 25 | Sustained |
| 241:14 – 242:2 | Sustained |
| 250:24 – 251:7 | Sustained |

IT IS SO ORDERED.

Dated this 16th day of March, 2016.

Ronald B. Leighton
United States District Judge