1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10  UNITED STATES OF AMERICA,

11                              Plaintiff,

12      vs.

13  TROY X. KELLEY,

14                              Defendant.

15

Case No.  3:15-cr-05198-RBL

DECLARATION OF ANGELO J.
CALFO IN SUPPORT OF
DEFENDANT'S MOTION TO DELAY
INTRODUCTION OF OLD REPUBLIC
TITLE WITNESSES

16      I, Angelo J. Calfo, declare as follows:

17      1.      I am a partner with Calfo Harrigan Leyh & Eakes LLP ("CHLE"), the law firm

18  representing Mr. Kelley in this prosecution.

19      2.      Attached as Exhibit 1 is a true and correct copy of an email chain dated March

20  21, 2016 between defense counsel, counsel for Old Republic Title, and AUSA Katheryn

21  Frierson.

22      3.      Attached as Exhibit 2 is a true and correct copy of an email dated August 22,

23  2011 from Lynn Levendowski to Scott Smith regarding a PCD refund letter.

24

25

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1    I declare under penalty of perjury under the laws of the United States of America that

2    the foregoing is true and correct.

3          DATED this 21st day of March, 2016 at Seattle, Washington.

4

5                              _s/Angelo J. Calfo_____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF ANGELO J. CALFO IN
SUPPORT OF DEFENDANT'S MOTION TO
DELAY INTRODUCTION OF OLD REPUBLIC
TITLE WITNESSES - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Andrew C. Friedman | andrew.friedman@usdoj.gov |
| Arlen R. Storm | arlen.storm@usdoj.gov |
| Katheryn Kim Frierson | katheryn.k.frierson@usdoj.gov |
| Richard E. Cohen | richard.e.cohen@usdoj.gov |

*s/Susie Clifford*

DECLARATION OF ANGELO J. CALFO IN
SUPPORT OF DEFENDANT'S MOTION TO
DELAY INTRODUCTION OF OLD REPUBLIC
TITLE WITNESSES - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700    FAX, (206) 623-8717

# EXHIBIT 1

**From:** Frierson, Katheryn K. (USAWAW) [mailto:Katheryn.K.Frierson@usdoj.gov]
**Sent:** Monday, March 21, 2016 8:11 PM
**To:** Angelo Calfo; Friedman, Andrew (USAWAW); Storm, Arlen (USAWAW); Emily Dodds Powell; Patty Eakes; Susie Clifford; Nancy Driver
**Cc:** Skok, Gavin
**Subject:** RE: US v. Kelley

Angelo, we oppose your motion to delay examination of ORT witnesses and to delay the progress of this trial. Especially with respect to Ms. LeVeck, you have all the information necessary through the accommodation of ORT's counsel.


Katheryn Kim Frierson
Assistant United States Attorney **|** U.S. Attorney's Office **|** Western District of Washington
700 Stewart Street, Suite 5220 **|** Seattle, Washington 98101-1271
(206) 553-4737 **|** katheryn.k.frierson@usdoj.gov


**From:** Angelo Calfo [mailto:angeloc@calfoharrigan.com]
**Sent:** Monday, March 21, 2016 7:46 PM
**To:** Skok, Gavin (USAWAW); Friedman, Andrew (USAWAW); Frierson, Katheryn K. (USAWAW); Storm, Arlen (USAWAW); Emily Dodds Powell; Patty Eakes; Susie Clifford; Nancy Driver
**Subject:** RE: US v. Kelley

Gavin,

I appreciate this effort, but it is not sufficient. I need to review all the available documents before I am in a position to complete the examination of Ms. LeVeck. We'll file our motion, although I'm still waiting to hear from the government attorneys.

Angelo


**From:** Skok, Gavin [mailto:gskok@Riddellwilliams.com]
**Sent:** Monday, March 21, 2016 7:09 PM
**To:** Angelo Calfo; Friedman Andrew; Frierson Katheryn K. (USAWAW); Storm Arlen; Emily Dodds Powell; Patty Eakes; Susie Clifford; Nancy Driver
**Subject:** RE: US v. Kelley


All –

I've reviewed the documents subject to the judge's order. None of them have Patty LeVeck as a sender or a recipient. There is one document that mentions her briefly in its text (document 30 on the privilege log, from Lynn Levendowski to Scott Smith, ORTLKC006125-006129). Document 31 is the response to that email from Scott Smith to Lynn Levendowski (ORTLKC006130-006131) and includes in the string a copy of Lynn's original email (document 30). I have not found any mention of Ms. LeVeck in any of the other emails. I read the judge's order at page 5, lines 16-17 as being addressed to the portion of the email from Lynn to Scott contained in document 30.

Due to time and resource constraints, we are not able to produce all of the documents this evening, and likely not until Wednesday. However, in light of your trial needs I have attached a copy of document 30, which is the only one in which Patty LeVeck is mentioned. We will produce a more formal copy removing the privileged stamp with our other documents but as a matter of courtesy I wanted to get this to you all now.

Many thanks,
Gavin

**From:** Angelo Calfo [mailto:angeloc@calfoharrigan.com]
**Sent:** Monday, March 21, 2016 3:20 PM
**To:** Skok, Gavin; Friedman Andrew; Frierson Katheryn K. (USAWAW); Storm Arlen; Emily Dodds Powell; Patty Eakes; Susie Clifford; Nancy Driver
**Subject:** RE: US v. Kelley

Gavin—

Understood, but that doesn't mean that the disclosure of those documents will not bear on her testimony. Ms. LeVeck had involvement and oversight of the handling of the settlement funds. Again, I request that you produce the documents to us tonight if possible or, in the alternative, I request that the government delay the testimony of Ms. LeVeck until after the documents are produced.

Thanks,

Angelo

**From:** Skok, Gavin [mailto:gskok@Riddellwilliams.com]
**Sent:** Monday, March 21, 2016 2:00 PM
**To:** Angelo Calfo; Friedman Andrew; Frierson Katheryn K. (USAWAW); Storm Arlen; Emily Dodds Powell; Patty Eakes; Susie Clifford; Nancy Driver
**Subject:** RE: US v. Kelley

Angelo –

Thank you for following up. Patty LeVeck was not the author or recipient of any of the documents that is listed on ORTL's privilege or redaction log.

Judge Leighton allowed us through Thursday to serve these documents. While we will try to accommodate your request to produce them earlier, we may need until Thursday to do so. I will update you later in the week as we progress with the redactions.

Many thanks,
Gavin

**From:** Angelo Calfo [mailto:angeloc@calfoharrigan.com]
**Sent:** Monday, March 21, 2016 1:21 PM

**To:** Friedman Andrew; Frierson Katheryn K. (USAWAW); Storm Arlen; Emily Dodds Powell; Patty Eakes; Susie Clifford; Nancy Driver
**Cc:** Skok, Gavin
**Subject:** Fwd: US v. Kelley

Counsel--

In light of the Court's order today, we request that you delay calling any further ORT witnesses until Mr. Skok has produced the documents ordered to be provided. In particular, Ms. LeVeck is a recipient of a number of the documents to be produced.  Please let us know your position on this issue.  I'm copying Mr. Skok on this email and encourage him let us know when the production can be completed.


Angelo J. Calfo

Calfo Harrigan Leyh & Eakes LLP

(206) 294-7440 (office)

(206) 229-3441 (cell)

Sent from my mobile phone

Begin forwarded message:

> **From:** Emily Dodds Powell <emilyp@calfoharrigan.com>
> **Date:** March 21, 2016 at 1:05:57 PM PDT
> **To:** "gskok@Riddellwilliams.com" <gskok@Riddellwilliams.com>
> **Cc:** Angelo Calfo <angeloc@calfoharrigan.com>
> **Subject: US v. Kelley**
>
> Hi Gavin,
>
> In case you didn't yet see the court's order following its in camera review of the ORT documents, I've attached it.  Please produce to us the documents referenced in the court's order as soon as possible.  As you know, ORT witness Patty LeVeck is expected to testify tomorrow, and Janet Frets may also be testifying this week.  We would like to avoid having to recall those witnesses.
>
> Please let me know if you have any questions.  Thank you for your help.
>
> Best,
> Emily
>
>
> Emily Dodds Powell
> **CALFO HARRIGAN LEYH & EAKES LLP**
> 999 Third Avenue, Suite 4400 | Seattle, WA 98104
> T: 206 623 1700 | www.calfoharrigan.com
> *NOTICE:  This internet e-mail message contains confidential, privileged information that is intended only for the addressee. If you have received this e-mail message in error, please call us (collect, if necessary) immediately at (206) 623-1700 and ask to speak to the message sender. Thank you. We appreciate your assistance in correcting this matter.*

**CONFIDENTIALITY AND CIRCULAR 230 NOTICE:**  This communication is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  You are hereby notified that any dissemination, distribution or duplication of this communication by someone other than the intended addressee or its designated agent is strictly prohibited.  As required by the Internal

Revenue Service, anything contained in this communication pertaining to any U.S. federal tax matter is not to be used for the purpose of avoiding federal tax penalties under the Internal Revenue Code or for promoting, marketing or recommending to any third party the tax implications of any partnership or other entity, investment plan or arrangement discussed in this communication.  If you have received this communication in error, please notify this firm immediately by collect call (206)-624-3600, or by reply to this communication.


**CONFIDENTIALITY AND CIRCULAR 230 NOTICE:**  This communication is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  You are hereby notified that any dissemination, distribution or duplication of this communication by someone other than the intended addressee or its designated agent is strictly prohibited.  As required by the Internal Revenue Service, anything contained in this communication pertaining to any U.S. federal tax matter is not to be used for the purpose of avoiding federal tax penalties under the Internal Revenue Code or for promoting, marketing or recommending to any third party the tax implications of any partnership or other entity, investment plan or arrangement discussed in this communication.  If you have received this communication in error, please notify this firm immediately by collect call (206)-624-3600, or by reply to this communication.

EXHIBIT 2

| From: | Lynn Levendowski |
|---|---|
| Sent: | Monday, August 22, 2011 11:19 AM |
| To: | 'Smith, Scott A.' |
| Cc: | Rick Dosa |
| Subject: | PCD refund letter |
| Attachments: | sample letter (rev 8.18.11 by Chris Schulz).doc; SKMBT_60011081707250.pdf |

Hi Scott,

I met with Chris Schulz, Patty LeVeck and Janet Frets last Thursday with regards to the PCD refund project.

- A special extension has been set up for Janet to use in connection with this project. The voicemail will instruct the caller to leave their name, escrow number, property address and day time telephone number and that they will receive a return telephone call within 1 business day. As Janet doesn't work on Fridays, she will change the message on Thursday night to let the caller know they can expect a call on Monday. This will give Janet an opportunity to confirm the recons were recorded prior to calling them back. The phone number is the attached letterhead goes directly to this special extension.
- Chris suggested modifying the letter to specifically state what the refunds was for. He felt that referring to "closing costs" might get people overly excited, as "closing costs" include loan fees, commissions, etc. and could add up to thousands and thousands of dollars. Are you okay with specifically stating "trustees fees"?
- Janet has ordered 2,000 window envelopes with the Lynnwood return address. We will have them delivered as soon as they arrive.
- Janet's signature is in the attached PDF document

I will let you know as soon as I have the updated spreadsheet from ORTICON that includes the property address and all payee names in one field. Can you think of anything else?

Thanks,

Lynn M. Levendowski
Senior Vice President
Corporate Escrow Operations
524 Gibson Drive
Roseville, CA 95678
phone: 530.758.3639
cell: 530.613.6333
llevendowski@ortc.com

The information contained in this message is proprietary and/or confidential. If you are not the intended recipient, please: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately. In addition, please be aware that any message addressed to our domain is subject to archiving and review by persons other than the intended recipient. Thank you.

 Think Green. Please consider the environment before printing this email.

PRIVILEGED

4114 198th Street SW, Suite 4 • Lynnwood, WA 98036 • (425) 835-7408 • FAX (425) 776-3990

August 22, 2011

Customer Name
Street address
City, State, Zip

Re:     Escrow no. _____
          Property Address: _____

Dear Customer:

You may be entitled to a refund of Trustees fees that were collected at the time of your closing. Because your transaction closed some time ago, we want to confirm that we have your current address before we mail you a refund check.  Please sign below, indicating your current address, and return to the undersigned at the address in the above letterhead.

Sincerely,



Janet Frets
Quality Assurance Department


I verify that I was an Old Republic Title customer and that my current address is

☐  the same as above,  or

☐  _____
     street address, apt or suite, city, state, zip code


_____                    _____
Signature                                                       Signature

_____                    _____
Printed name                                                  Printed name



_____                    _____
Signature                                                       Signature

_____          _____
Printed name                       Printed name

janet fret

| From: | Lynn Levendowski |
| Sent: | Monday, August 22, 2011 11:19 AM |
| To: | 'Smith, Scott A.' |
| Cc: | Rick Dosa |
| Subject: | PCD refund letter |
| Attachments: | sample letter (rev 8.18.11 by Chris Schulz).doc; SKMBT_60011081707250.pdf |

| Tracking: | Recipient | Read |
| | 'Smith, Scott A.' | |
| | Rick Dosa | Read: 8/22/2011 11:26 AM |

Hi Scott,

I met with Chris Schulz, Patty LeVeck and Janet Frets last Thursday with regards to the PCD refund project.

- A special extension has been set up for Janet to use in connection with this project. The voicemail will instruct the caller to leave their name, escrow number, property address and day time telephone number and that they will receive a return telephone call within 1 business day. As Janet doesn't work on Fridays, she will change the message on Thursday night to let the caller know they can expect a call on Monday. This will give Janet an opportunity to confirm the recons were recorded prior to calling them back. The phone number is the attached letterhead goes directly to this special extension.
- Chris suggested modifying the letter to specifically state what the refunds was for. He felt that referring to "closing costs" might get people overly excited, as "closing costs" include loan fees, commissions, etc. and could add up to thousands and thousands of dollars. Are you okay with specifically stating "trustees fees"?
- Janet has ordered 2,000 window envelopes with the Lynnwood return address. We will have them delivered as soon as they arrive.
- Janet's signature is in the attached PDF document

I will let you know as soon as I have the updated spreadsheet from ORTICON that includes the property address and all payee names in one field. Can you think of anything else?

Thanks,

Lynn M. Levendowski
Senior Vice President
Corporate Escrow Operations
524 Gibson Drive
Roseville, CA 95678
phone: 530.758.3639
cell: 530.613.6333
llevendowski@ortc.com

The information contained in this message is proprietary and/or confidential. If you are not the intended recipient, please: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately. In addition, please be aware that any message addressed to our domain is subject to archiving and review by persons other than the intended recipient. Thank you.

Think Green. Please consider the environment before printing this email.

PRIVILEGED                    ORTLKC006129