UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>TROY X. KELLEY, | CASE NO.  CR15-5198RBL<br><br>MINUTE ORDER |

NOW on this 22nd day of March, 2016, the Court directs the Clerk to enter the following Minute Order:

Kelley's Motion to Delay Introduction of Old Republic Title witnesses is DENIED as to Patricia LaVeck.  It is GRANTED as to the remaining witnesses, who will be called next week.  Old Republic Title's Redacted Documents will be produced by Wednesday March 23.

IT IS SO ORDERED

The foregoing Minute Order entered by _____ Deputy Clerk,
BY DIRECTION OF THE HONORABLE RONALD B. LEIGHTON, UNITED STATES DISTRICT JUDGE

Minute Order - 1