THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:15-cr-05198-RBL |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO EXCLUDE TONY PERKINS AND EVIDENCE OF PUBLIC DISCLOSURE COMMISSION COMPLAINT |
| vs. | |
| TROY X. KELLEY, | |
| Defendant. | |

The Court, having received and reviewed the Defendant's Motion, and based on all of the other records and files in this matter,

It is hereby ORDERED that the Defendant's Motion to Tony Perkins and Evidence of Public Disclosure Commission Complaint is GRANTED.

The government may not call Tony Perkins as a witness. The government also may not introduce any evidence or argument related to any Public Disclosure Commission complaint filed against Mr. Kelley.

DATED this 11th day of April, 2016.

*signature*

Ronald B. Leighton
United States District Judge

Presented by:

CALFO HARRIGAN LEYH & EAKES LLP
By   *s/Angelo J. Calfo*
    Angelo J. Calfo, WSBA #27079
    Patricia A. Eakes, WSBA No. 18888
    Emily Dodds Powell, WSBA #49351
    Andrew R.W. Hughes, WSBA #49515

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO EXCLUDE TONY PERKINS AND
EVIDENCE OF PUBLIC DISCLOSURE
COMMISSION COMPLAINT - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717