THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TROY X. KELLEY, <br><br> Defendant. | Case No.  3:15-cr-05198-RBL <br><br> DEFENDANT'S MOTION TO SEAL DEFENDANT'S MOTION FOR INQUIRY |

Defendant has today filed a motion for inquiry.  Due to the very nature of the motion, Defendant, pursuant to LCrR 55(c), requests leave to file the pleadings under seal.

The government does not oppose this motion to seal.

DATED this 17th day of April, 2016.

CALFO HARRIGAN LEYH & EAKES LLP

By  *s/Angelo J. Calfo*
    Angelo J. Calfo, WSBA #27079
    Patricia A. Eakes, WSBA No. 18888
    Emily Dodds Powell, WSBA #49351
    Andrew R.W. Hughes, WSBA #49515
    Email:  angeloc@calfoharrigan.com
            peakes@calfoharrigan.com
            emilyp@calfoharrigan.com
            andrewh@calfoharrigan.com

*Attorneys for Defendant Troy X. Kelley*

DEFENDANT'S MOTION TO SEAL
DEFENDANT'S MOTION FOR INQUIRY - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Andrew C. Friedman | andrew.friedman@usdoj.gov |
| Arlen R. Storm | arlen.storm@usdoj.gov |
| Katheryn Kim Frierson | katheryn.k.frierson@usdoj.gov |
| Richard E. Cohen | richard.e.cohen@usdoj.gov |

*s/Susie Clifford*

DEFENDANT'S MOTION TO SEAL
DEFENDANT'S MOTION FOR INQUIRY - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717