IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>TROY X. KELLEY,<br><br>         Defendant. | Case No.  3:15-cr-05198-RBL<br><br>DEFENDANT'S PROPOSED VERDICT FORM |

We, the jury, after due deliberation and consideration of all the evidence, hereby make the following unanimous findings:

## COUNT 1

**Possession and Concealment of Stolen Property**

As to Count 1, we, the jury, find the defendant, TROY X. KELLEY,

_____ Not Guilty

_____ Guilty

DEFENDNT'S PROPOSED VERDICT FORM - 1

## COUNT 2

### False Declaration

As to Count 2, we, the jury, find the defendant, TROY X. KELLEY,

_____ Not Guilty

_____ Guilty

## COUNT 4

### False Declaration

As to Count 4, we, the jury, find the defendant, TROY X. KELLEY,

_____ Not Guilty

_____ Guilty

## COUNT 5

### False Declaration

As to Count 5, we, the jury, find the defendant, TROY X. KELLEY,

_____ Not Guilty

_____ Guilty

## COUNT 6

### Money Laundering

As to Count 6, we, the jury, find the defendant, TROY X. KELLEY,

_____ Not Guilty

_____ Guilty

## COUNT 7

### Money Laundering

As to Count 7, we, the jury, find the defendant, TROY X. KELLEY,

_____ Not Guilty

_____ Guilty

## COUNT 8

### Money Laundering

As to Count 8, we, the jury, find the defendant, TROY X. KELLEY,

_____ Not Guilty

_____ Guilty

## COUNT 9

### Money Laundering

As to Count 9, we, the jury, find the defendant, TROY X. KELLEY,

_____ Not Guilty

_____ Guilty

## COUNT 10

### Money Laundering

As to Count 10, we, the jury, find the defendant, TROY X. KELLEY,

_____ Not Guilty

_____ Guilty

## COUNT 11

### Corrupt Interference with Internal Revenue Laws

As to Count 11, we, the jury, find the defendant, TROY X. KELLEY,

_____ Not Guilty

_____ Guilty

## COUNT 12

### Filing False Income Tax Return

As to Count 12, we, the jury, find the defendant, TROY X. KELLEY,

_____ Not Guilty

_____ Guilty

## COUNT 13

### Filing False Income Tax Return

As to Count 13, we, the jury, find the defendant, TROY X. KELLEY,

_____ Not Guilty

_____ Guilty

## COUNT 14

### Filing False Income Tax Return

As to Count 14, we, the jury, find the defendant, TROY X. KELLEY,

_____ Not Guilty

_____ Guilty

## COUNT 15

### Filing False Income Tax Return

As to Count 15, we, the jury, find the defendant, TROY X. KELLEY,

_____ Not Guilty

_____ Guilty

## COUNT 16

### False Statement

As to Count 16, we, the jury, find the defendant, TROY X. KELLEY,

_____ Not Guilty

_____ Guilty

## COUNT 17

### Filing False Income Tax Return

As to Count 17, we, the jury, find the defendant, TROY X. KELLEY,

_____ Not Guilty

_____ Guilty

| | |
|---|---|
| FOREPERSON | DATE |

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Andrew C. Friedman | andrew.friedman@usdoj.gov |
| Arlen R. Storm | arlen.storm@usdoj.gov |
| Katheryn Kim Frierson | katheryn.k.frierson@usdoj.gov |
| Richard E. Cohen | richard.e.cohen@usdoj.gov |

*s/Susie Clifford*