THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>TROY X. KELLEY,<br><br>　　　　　　　　　　Defendant. | Case No.  3:15-cr-05198-RBL<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE MOTION FOR ACQUITTAL UNDER RULE 29(c)<br><br>**NOTED FOR**<br>**Tuesday, May 10, 2016** |

## STIPULATION

In order to allow Mr. Kelley sufficient time to evaluate the need and/or propriety of a motion for judgment of acquittal and to allow the Government sufficient time to respond to any such motion, the United States and Troy X. Kelley stipulate and agree that the date by which

\\   \\

\\   \\

---

STIPULATION AND ORDER EXTENDING
TIME TO FILE MOTION FOR ACQUITTAL
UNDER RULE 29(c) - 1

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

Mr. Kelley must file a motion for acquittal under Rule 29(c) should be extended from May 10, 2016 to May 24, 2016, and the date by which the Government must file a response to any such motion shall be June 7, 2016.  An optional reply brief may be filed not later than June 20, 2016.

DATED this 10th day of May, 2016.

CALFO HARRIGAN LEYH & EAKES LLP


By    *s/Angelo J. Calfo*
    Angelo J. Calfo, WSBA #27079
    Patricia A. Eakes, WSBA #18888
    999 Third Avenue, Suite 4400
    Seattle, WA  98104
    Telephone:  (206) 623-1700
    E-mail:  angeloc@calfoharrigan.com
    E-mail:  pattye@calfoharrigan.com


ANNETTE L. HAYES
United States Attorney


By    *s/ Andrew C. Friedman*
    ARLEN R. STORM
    ANDREW C. FRIEDMAN
    KATHERYN KIM FRIERSON
    Assistant United States Attorneys
    700 Stewart Street, Suite 5220
    Seattle, Washington 98101-1271
    Telephone: (206) 553-7970
    E-mail:  Arlen.Storm@usdoj.gov
        Andrew.Friedman@usdoj.gov
        Katheryn.K.Frierson@usdoj.gov

STIPULATION AND ORDER EXTENDING
TIME TO FILE MOTION FOR ACQUITTAL
UNDER RULE 29(c) - 2

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**ORDER**

The Court, having received and reviewed the parties' stipulation set forth above, and good cause appearing, hereby ORDERS that the date by which Mr. Kelley must file a motion for acquittal under Rule 29(c) is hereby extended from May 10, 2016 to May 24, 2016, and that the Government's response to any such motion shall be due June 7, 2016. An optional reply brief may be filed not later than June 20, 2016.

DATED this ____ day of _____, 2016.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING
TIME TO FILE MOTION FOR ACQUITTAL
UNDER RULE 29(c) - 3

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Andrew C. Friedman | andrew.friedman@usdoj.gov |
| Arlen R. Storm | arlen.storm@usdoj.gov |
| Katheryn Kim Frierson | katheryn.k.frierson@usdoj.gov |
| Richard E. Cohen | richard.e.cohen@usdoj.gov |

*s/Florine Fujita*

STIPULATION AND ORDER EXTENDING
TIME TO FILE MOTION FOR ACQUITTAL
UNDER RULE 29(c) - 4

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717