THE HONORABLE RONALD B. LEIGHTON

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        vs.<br><br>TROY X. KELLEY,<br><br>                              Defendant. | Case No.  3:15-cr-05198-RBL<br><br>**DEFENDANT'S UNOPPOSED MOTION TO MOVE FUNDS HELD IN BLOCKED TRUST ACCOUNT**<br><br>**NOTED FOR:**<br>**TUESDAY, SEPTEMBER 6, 2016** |

10
11
12
13
14

15        Troy Kelley hereby moves the Court for an order permitting Calfo Harrigan Leyh &

16    Eakes LLP, now operating as Harrigan Leyh Farmer & Thomsen LLP (hereinafter, "CHLE"),

17    to transfer the funds held by Court order from a blocked trust account held by CHLE to a

18    blocked trust account held in the name of Mr. Kelley's counsel's new law firm, Calfo Eakes &

19    Ostrovsky PLLC ("CE&O").  The Court had ordered the release of these funds, which had

20    been seized by the government, to a blocked account at CHLE.  Dkt. No. 99.

21        The transfer of funds to a new blocked account held in CE&O's trust account is

22    appropriate because Angelo Calfo, Patty Eakes, and all other lawyers and staff who worked on

23
24
25

DEFENDANT'S UNOPPOSED MOTION TO
MOVE FUNDS HELD IN BLOCKED TRUST
ACCOUNT - 1

1   Mr. Kelley's defense now practice at CE&O, and no lawyer at CHLE represents Mr. Kelley.

2   Mr. Kelley consents to this transfer, as does the government and CHLE.  A proposed order is

3   submitted herewith.

4         DATED this 6th day of September, 2016.

5                               CALFO EAKES & OSTROVSKY PLLC

6

7                           By     *s/Angelo J. Calfo*

8                               Angelo J. Calfo, WSBA #27079
                                Patricia A. Eakes, WSBA No. 18888

9                               999 Third Avenue, Suite 4400

10                              Seattle, WA  98104
                                Telephone:  (206) 294-7399

11                              Email:  angeloc@calfoeakes.com
                                            pattye@calfoeakes.com

12

13                          *Attorneys for Defendant Troy X. Kelley*

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANT'S UNOPPOSED MOTION TO
MOVE FUNDS HELD IN BLOCKED TRUST
ACCOUNT - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Andrew C. Friedman | andrew.friedman@usdoj.gov |
| Arlen R. Storm | arlen.storm@usdoj.gov |
| Katheryn Kim Frierson | katheryn.k.frierson@usdoj.gov |
| Richard E. Cohen | richard.e.cohen@usdoj.gov |

*s/Susie Clifford*

DEFENDANT'S UNOPPOSED MOTION TO
MOVE FUNDS HELD IN BLOCKED TRUST
ACCOUNT - 3

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 294-7399   FAX, (206) 623-8717