THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:15-cr-05198-RBL |
| Plaintiff, | MOTION TO PERMIT TROY KELLEY TO TRAVEL FOR NATIONAL GUARD DUTY |
| vs. | |
| TROY X. KELLEY, | **Noted: January 24, 2017** |
| Defendant. | |

Defendant Troy X. Kelley hereby moves this Court for an order permitting him to travel to Korea to complete National Guard duty from January 31, 2017, to February 14, 2017.

Mr. Kelley has been notified of orders requiring him to travel to Korea. Mr. Kelley understands that the conditions of his travel, if permitted by this Court, will be as follows:

Mr. Kelley will travel to Korea on a military aircraft contracted by the Department of Defense from SeaTac to the United States Air Force's Osan Air Base in Osan, Korea. The outgoing flight will be Air Mobility Command (AMC) MV271 departing Seattle on January, 31 2017, at 8:30 a.m. and arriving in Korea at 4:20 p.m. the following day, or an appropriate substitute as determined by the Department of Defense. The return flight will be MV 272 departing Korea on February 14, 2017, at 11:20 a.m. and arriving in Seattle, Washington, at 9:15

MOTION TO PERMIT TROY KELLEY TO
TRAVEL FOR NATIONAL GUARD DUTY - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2224

a.m. the same day, or an appropriate substitute as determined by the Department of Defense. Mr. Kelley will travel on his US Army ID card and will not need his passport.

While in Korea, Mr. Kelley will stay at the U.S. Army Yongsan Garrison in Seoul, Korea, working at the Staff Judge Advocate Building # 2574 at Unit # 15237 and residing at the Dragon Hill Lodge at Unit # 15335. Mr. Kelley's family will remain in Tacoma, Washington, while Mr. Kelley is in Korea.

Mr. Kelley will provide the U.S. Pretrial Services Office and the U.S. Attorney's Office with a copy of his orders upon his receipt thereof.

Pursuant to the terms of his Appearance Bond, Mr. Kelley is not permitted to travel outside the State of Washington, except as permitted by the U.S. Pretrial Services Office. Dkt. No. 8. Mr. Kelley sought approval from Pretrial Services to travel to complete his National Guard duty, but was informed that, because this is an international trip, he would need approval from this Court. *See* Exhibit A, attached hereto.

Consequently, Mr. Kelley hereby moves for an order from this Court permitting him to travel to Korea to complete National Guard duty from January 31, 2017, to February 14, 2017.

Mr. Kelley's counsel has contacted the U.S. Attorney's Office regarding their position on this matter. The government stated that it would defer to the Pretrial Services Office and the Court as to whether travel should be permitted. In expressing its decision to "defer" the issue, the government stated no active opposition and, as a result, and given the time-sensitive nature of Mr. Kelley's motion, Mr. Kelley has noted this motion on the date it was filed pursuant to Local Criminal Rule 12(b)(8).

// //

// //

MOTION TO PERMIT TROY KELLEY TO
TRAVEL FOR NATIONAL GUARD DUTY - 2

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2224

1  DATED this 24th day of January, 2017.

2
                                    *s/ Angelo J. Calfo*
3                                   Angelo J. Calfo, WSBA No. 27079
                                    Patty A. Eakes, WSBA No. 18888
4                                   Emily D. Powell, WSBA No. 49351
                                    Andrew Hughes, WSBA No. 49515
5                                   CALFO EAKES & OSTROVSKY PLLC
                                    1301 Second Ave. Suite 2800
6                                   Seattle, WA 98101-3808
                                    Telephone:  (206) 407-2210
7                                   Fax:  (206) 407-2224
                                    Email: angeloc@calfoeakes.com
8                                          pattye@calfoeakes.com
                                           emilyp@calfoeakes.com
9                                          andrewh@calfoeakes.com

10
                                    *Attorney for Defendant Troy X. Kelley*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MOTION TO PERMIT TROY KELLEY TO
TRAVEL FOR NATIONAL GUARD DUTY - 3

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2224

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Andrew C. Friedman | andrew.friedman@usdoj.gov |
| Arlen R. Storm | arlen.storm@usdoj.gov |
| Katheryn Kim Frierson | katheryn.k.frierson@usdoj.gov |
| Richard E. Cohen | richard.e.cohen@usdoj.gov |

*s/BonniLee Ball*

MOTION TO PERMIT TROY KELLEY TO TRAVEL FOR NATIONAL GUARD DUTY - 4

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL, (206) 407-2200   FAX, (206) 407-2224