Judge Leighton

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TROY X. KELLEY,<br>Defendant. | NO. CR15-5198RBL<br><br>GOVERNMENT'S NOTICE OF WITHDRAWAL OF COUNSEL |

The United States of America, by Annette L. Hayes, United States Attorney for the Western District of Washington, and Katheryn Kim Frierson, Assistant United States Attorney, files this Notice of Withdrawal of Counsel.

Assistant United States Attorney, Katheryn Frierson, is no longer assigned to the prosecution of this case, and by this notice, withdraws as counsel of record in the above-entitled matter.

Assistant United States Attorneys Andrew C. Friedman, Arlen R. Storm, Seth Wilkinson, and Richard Edward Cohen are also listed as counsel of record for the

//

//

//

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

 Government, and all future pleadings, court documents, and correspondence should continue to be forwarded to their attention.

DATED this 11th day of July, 2017.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*s/Katheryn Kim Frierson*

KATHERYN KIM FRIERSON
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-7970
E-mail: Katheryn.K.Frierson@usdoj.gov

Government's Notice of Withdrawal/Kelley
CR15-5198RBL- 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendant.

*s/Kelly M. Shirkey*
KELLY M. SHIRKEY
Legal Assistant
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3800
FAX:   253-428-3826
E-mail: Kelly.Shirkey@usdoj.gov

Government's Notice of Withdrawal/Kelley
CR15-5198RBL- 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800