The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-5198RBL |
| Plaintiff, | **GOVERNMENT'S MOTION TO SEAL** |
| v. | |
| TROY X. KELLEY, | NOTED: September 14, 2017 |
| Defendant. | |

The Government hereby requests that the United States' Exhibits A, F, N, O, and P to the Response to Motion to Dismiss, which will be filed under seal following this motion, be allowed to remain under seal. The Exhibits are grand jury materials protected

//

//

Motion to Seal
U.S. v. Kelley, CR15-5198RBL - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

by Federal Rule of Criminal Procedure 6(e).

DATED this 14th day of September, 2017.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*s/ Seth Wilkinson*
ARLEN R. STORM
ANDREW C. FRIEDMAN
SETH WILKINSON
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Telephone:  (206) 553-7970
Fax:  (206) 553-0755
E-mail:  Arlen.Storm@usdoj.gov
Andrew.Friedman@usdoj.gov
Seth.Wilkinson@usdoj.gov

Motion to Seal
U.S. v. Kelley, CR15-5198RBL - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*s/ Kylie Noble*
KYLIE NOBLE
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-3903
Telephone: (206) 553-2520
Fax: (206) 553-4440
E-mail: kylie.noble@usdoj.gov

Motion to Seal
U.S. v. Kelley, CR15-5198RBL - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800