The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TROY X. KELLEY, <br><br> Defendant. | NO. CR15-5198RBL <br><br> **ORDER TO SEAL** |

The Court has reviewed the Government's Motion to Seal Exhibits A, F, N, O, and P to its Response to Motion to Dismiss for Grand Jury Abuse. The materials are protected under Federal Rule of Criminal Procedure 6(e). It is hereby ORDERED that the Exhibits A, F, N, O, and P to the Response to Motion to Dismiss shall remain sealed.

DATED this 18th day of September, 2017.

Ronald B. Leighton
United States District Judge

Presented by:

*s/ Seth Wilkinson*
ARLEN R. STORM
ANDREW C. FRIEDMAN
SETH WILKINSON
Assistant United States Attorneys

Order to Seal
U.S. v. Kelley, CR15-5198RBL - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800