HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   v.<br><br>TROY X. KELLEY,<br><br>                 Defendant. | CASE NO. CR15-5198RBL<br><br>ORDER ON MOTION TO COMPEL |

THIS MATTER is before the Court on Defendant Kelley's Motion to Compel documents withheld by non-party Fidelity. Fidelity has produced a privilege log to Kelley and to the Court. A color-coded version of that log is attached to the Motion. Fidelity has also provided the Court with digital versions of the documents withheld, along with letter to the court explaining the manner in which its documents were logged and withheld. It does not appear that the explanation letter was shared with the defense, and a copy is attached to this Order.

The court has reviewed the documents *in camera*. The documents highlighted in *red* on the privilege log have since been produced, save one: REL...6261.0001. That document is not privileged and should be produced.

ORDER ON MOTION TO COMPEL - 1

As Fidelity explains, most or all of the remaining disputed documents (highlighted in yellow and green on the log) consist of a privileged communication enclosing or attaching non-privileged documents or emails. It appears that the bulk of these non-privileged attachments have already been produced, and many are duplicated in the documents listed in the log. Nevertheless, they are not themselves privileged and they **should be produced**[1]. These documents include:

REL…05974.0001 *to* .0005

REL…05974.0005.0001

REL…05974.0005.0001.0001

REL…05997.0001 *to* .0005

REL…07665.0001 *to* .0005

REL…07665.0002

REL…07665.0003

REL…07665.0004

REL…07665.0005

REL…08288

REL…09264.0001

REL…09264.0002

REL…09264.0003

REL…09264.0004

REL…09264.0005

REL…09883.0001

---

[1] Fidelity's claim of privilege with respect to the communication enclosing the non-privileged documents is correct. See for example REL…14251. The attachments to that communication (and many others), with ".000x" extensions, are discoverable.

| | |
|---|---|
| 1 | REL...13746.0001 |
| 2 | REL...13746.0001.0001 |
| 3 | REL...13746.0001.0002 |
| 4 | REL...13746.0002 |
| 5 | REL...13746.0003 |
| 6 | REL...13746.0003.0001 |
| 7 | REL...13746.0003.0002 |
| 8 | REL...13746.0004 *to* .0011 |
| 9 | REL...13761.0011.0001 |
| 10 | REL...13761.0011.0001.0001 |
| 11 | REL...13761.0011.0001.0002 |
| 12 | REL...13768.0001.0001 |
| 13 | REL...13768.0001.0002 |
| 14 | REL...13768.0011.0001 |
| 15 | REL...13768.0011.0001.0001 |
| 16 | REL...13768.0011.0001.0002 |
| 17 | REL...13812.0001 |
| 18 | REL...13812.0002 |
| 19 | REL...13816.0001 |
| 20 | REL...13824.0001 |
| 21 | REL...13928.0001 |
| 22 | REL...13928.0002 |
| 23 | REL...13944.0001 *to* .0042 |
| 24 | |

| | |
|---|---|
| 1 | REL…13991.0001 |
| 2 | REL…13991.0001.0001 |
| 3 | REL…13991.0002 |
| 4 | REL…13991.0002.0001 |
| 5 | REL…13991.0002.0001.0001 |
| 6 | REL…13991.0002.0001.0002 |
| 7 | REL…14225.0001 |
| 8 | REL…14233.0001 *to* .0005 |
| 9 | REL…14237.0001 *to* .0003 |
| 10 | REL…14251.0001 |
| 11 | REL…14251.0002 |
| 12 | REL…14251.0002.0001 |
| 13 | REL…14251.0003 |
| 14 | REL…14251.0003.0001 |
| 15 | REL…14251.0003.0001.0001 *and* -.0002 |
| 16 | REL…14251.0004 |
| 17 | REL…14311.0001 *to* .0003 |
| 18 | REL…14330.0001 *and* .0002 |
| 19 | REL…14786.0001 |
| 20 | REL…14812.0001 |

21  Finally, some of the documents identified in the log were not actually produced for *in
22  camera* review. These include:

23      REL…13746.0004.0001

24

1  REL…13778.0002

2  REL…13779

3  REL…13787.0001

4  These documents should either be produced to the court, or, if the parties can agree,

5  produced in the same manner as the communications and attachments above.

6  IT IS SO ORDERED.

7  Dated this 20th day of November, 2017

```
                                   Ronald B Leighton
                                   Ronald B. Leighton
                                   United States District Judge
```