HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TROY X. KELLEY, <br><br> Defendant. | CASE NO. CR15-5198RBL <br><br> VERDICT FORM |

WE, THE JURY, unanimously find as follows in the case of *United States v. Troy X. Kelly*,

**Count 1 (Possession and Concealment of Stolen Property)**

On Count 1, we find the defendant:

\_\_\_\_\_ Not Guilty        ✓\_\_\_\_\_ Guilty

VERDICT FORM - 1

**Count 2 (False Declaration)**

On Count 2, we find the defendant:

_____ Not Guilty        ✓ Guilty

Answer the following question only if you find the defendant guilty of Count 2. With respect to this count, we unanimously agree that the statement or statements that were false are (check as many as apply):

_____ (1)    Question: You think it's likely that you sent it?

Answer: No

_____ (2)    Old Republic has also submitted a copy of a letter from the Cornelius litigation in which someone tried to return money to the plaintiff in that case. As I testified at my deposition, I didn't send this letter and I don't know who did.

**Count 5 (False Declaration)**

On Count 5, we find the defendant:

_____ Not Guilty        ✓ Guilty

**Count 6 (Money Laundering)**

On Count 6, we find the defendant:

✓ Not Guilty        _____ Guilty

VERDICT FORM - 2

**Count 7 (Money Laundering)**

On Count 7, we find the defendant:

　　✓ Not Guilty　　____ Guilty

**Count 8 (Money Laundering)**

On Count 8, we find the defendant:

　　✓ Not Guilty　　____ Guilty

**Count 9 (Money Laundering)**

On Count 9, we find the defendant:

　　✓ Not Guilty　　____ Guilty

**Count 10 (Money Laundering)**

On Count 10, we find the defendant:

　　✓ Not Guilty　　____ Guilty

**Count 11 (Corrupt Interference with Internal Revenue Laws)**

On Count 11, we find the defendant:

　　~~Not Guilty~~　　(✓ Guilty)

**Count 12 (Filing False Income Tax Return)**

On Count 12 we find the defendant:

　　~~Not Guilty~~　　(✓ Guilty)

VERDICT FORM - 3

**Count 13 (Filing False Income Tax Return)**

On Count 13, we find the defendant:

_____ Not Guilty   __✓__ Guilty

**Count 14 (Filing False Income Tax Return)**

On Count 14, we find the defendant:

_____ Not Guilty   __✓__ Guilty

**County 15 (Filing False Income Tax Return)**

On Count 15, we find the defendant:

_____ Not Guilty   __✓__ Guilty

**Count 17 (Filing False Income Tax Return)**

On Count 17, we find the defendant:

_____ Not Guilty   __✓__ Guilty

DATED this 20th day of December, 2017.

[signature redacted]

VERDICT FORM - 4