THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     vs.<br><br>TROY X. KELLEY,<br><br>                              Defendant. | Case No.  3:15-cr-05198-RBL<br><br>UNOPPOSED MOTION TO UNSEAL JURY NOTES<br><br>**Noted:  January 16, 2018** |

Defendant Troy X. Kelley hereby moves this Court for an order unsealing jury notes, with the foreperson's name redacted.  The jury notes were filed under seal at Docket No. 561 on December 21, 2017.

The contents of the jury notes were read in open court, and should be a matter of the public record.  *See, e.g.*, *Rogers v. United States*, 422 U.S. 35, 40 (1975) (trial court "correctly ordered [jury note] to be filed in the record, with a notation as to the time of receipt and the court's response"); *United States v. Fresnoza*, Case No. 10-00028-003, 2015 WL 6445181, at *12 (D. Guam Oct. 23, 2015) ("Consistent with the policy of the Judicial Conference of the United States and the E-Government Act of 2002, and any amendments thereto, the court redacted the foreperson's name from the jury notes when the notes were filed and entered on the

UNOPPOSED MOTION TO UNSEAL JURY NOTES
(Case No. 3:15-cr-05198-RBL) - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200    FAX (206) 407-2224

1  docket sheet.  The unredacted notes containing the foreperson's name were filed under seal.")

2  (citation omitted); Privacy Policy for Electronic Case Files, Mar. 2008,

3  http://www.uscourts.gov/rules-policies/judiciary-policies/privacy-policy-electronic-case-files

4  (listing "documents containing identifying information about jurors or potential jurors," but not

5  jury notes, among those that shall not be included in the public case file).

6         The government does not oppose this motion.

7         DATED this 16th day of January, 2018.

8

9                                    CALFO EAKES & OSTROVSKY PLLC

10  By:  s/ Angelo J. Calfo
           Angelo J. Calfo, WSBA No. 27079
11         Patty A. Eakes, WSBA No. 18888
           Emily D. Powell, WSBA No. 49351
12         Andrew Hughes, WSBA No. 49515
           1301 Second Ave. Suite 2800
13         Seattle, WA 98101-3808
           Telephone:  (206) 407-2200
14         Fax:  (206) 407-2224
           Email:  angeloc@calfoeakes.com
15                 pattye@calfoeakes.com
                   emilyp@calfoeakes.com
16                 andrewh@calfoeakes.com

17         Attorney for Defendant Troy X. Kelley

18

19

20

21

22

23

24

25

UNOPPOSED MOTION TO UNSEAL JURY NOTES
(Case No. 3:15-cr-05198-RBL) - 2

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200    FAX (206) 407-2224

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew C. Friedman          Andrew.Friedman@usdoj.gov

Arlen R. Storm              Arlen.Storm@usdoj.gov

C. Seth Wilkinson           Seth.Wilkinson@usdoj.gov

Michelle Jensen             Michelle.Jensen@usdoj.gov


*s/Mary Klemz*
Mary Klemz

UNOPPOSED MOTION TO UNSEAL JURY NOTES
(Case No. 3:15-cr-05198-RBL) - 3

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224