HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-5198RBL |
| Plaintiff, | ORDER |
| v. | |
| TROY X. KELLEY, | |
| Defendant. | |

THIS MATTER is before the Court on Defendant Troy Kelley's Motion for Acquittal on Count 1 [Dkt. 581], Motion for Dismissal and/or Acquittal of Count 11 [Dkt. #583], Motion for Acquittal on Count 2 [Dkt. #588], Motion for New Trial Pursuant to Rule 33 [Dkt. #585], and Motion for *In Camera* Review [Dkt. #614]. The Court has reviewed the materials for and against the motions. On the basis of that review, the Court rules as follows:

1) Motion for Acquittal on Count 1 is **DENIED;**

2) Motion for Dismissal and/or Acquittal on Count 11 is **GRANTED**;

3) Motion for Acquittal on Count 2 is **DENIED**;

ORDER - 1

4) Motion for *In Camera* Review is **GRANTED**. The 72 documents referred to in the Defendant's Motion [Dkt. #614] shall be delivered to the Court's Chambers on or before May 25, 2018; and

5) Motion for New Trial Pursuant to Rule 33 is **DEFERRED** until after the Court's review of the documents identified above.

Dated this 15th day of May, 2018.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge