HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>TROY X. KELLEY,<br><br>                Defendant. | CASE NO. CR15-5198RBL<br><br>ORDER DENYING DEFENDANT'S MOTION TO COMPEL FIDELITY'S COMPLIANCE WITH SUBPOENA |

THIS MATTER is before the Court on Defendant's Motion to Compel Fidelity's Compliance with Subpoena [Dkt. #622]. The Court has reviewed all materials submitted for and against said motion. Of particular importance are the Declaration of Ted Buck [Dkt. #625] and the Declaration of Jacob Ancona [Dkt. #625]. Those declarations make the case that compliance with the subpoena beyond what has already been done, is extremely burdensome and would likely be fruitless. At this juncture of the proceedings, the Court determines that no further effort on this undertaking be made. The motion is **DENIED**.

Dated this 4th day of June, 2018.

*Ronald B. Leighton* (signature)

Ronald B. Leighton
United States District Judge