

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 17 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>TROY X. KELLEY,<br><br>        Defendant-Appellant. | No. 18-30153<br><br>D.C. No. 3:15-cr-05198-RBL-1<br>Western District of Washington, Tacoma<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>TROY X. KELLEY,<br><br>        Defendant-Appellee. | No. 18-30174<br><br>D.C. No. 3:15-cr-05198-RBL-1 |

Before: Peter L. Shaw, Appellate Commissioner

      The defendant's unopposed motion (Docket Entry No. 20) for a second extension of time in which to file the first brief on cross-appeal is granted. The defendant's first brief on cross-appeal is due May 30, 2019. Any further request for an extension of time to file this brief is disfavored. The plaintiff's second brief on cross-appeal is due July 1, 2019. The defendant's third brief on cross-appeal is due July 31, 2019. The plaintiff's optional cross-appeal reply brief is due within 21 days after service of the third brief on cross-appeal.

tah/1.14.19/Pro Mo