UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TROY X KELLEY,<br><br>Defendant. | CASE NO. CR15-5198BHS-01<br><br>NOTICE OF INTENT<br>TO FORWARD PASSPORT |

An United States Passport issued to the above named defendant was surrendered to the Court pursuant to a special condition of the appearance bond, and posted with the Clerk on April 22, 2015.  Judgment was entered in this matter on June 29, 2018, (Doc #656).  A Mandate was entered by the US Court of Appeals on April 23, 2021.  The defendant subsequently self-reported to commence serving his custodial sentence as verified by the Bureau of Prisons Website.

- 1

1     Absence any objections, the Clerk will forward --without additional notice-- the

2 defendant's passport to Department of State thirty (30) days from the date of

3 the filing of this notice. Objections to the return of the passport to Department of

4 State should be directed to the Court in the form of a motion, and should include the

5 alternative action requested as well as a proposed order.

                            Dated this 8th day of September, 2021.

                            /s/   RAVI SUBRAMANIAN
                            William M. McCool
                             District Court Executive/Clerk of Court

                            /s/ *Kelly A. Miller*
                            by Kelly A. Miller
                                Deputy Clerk